# EXHIBIT B

982(a)(4)

| NAME AND ADDRESS OF SENDER: | TELEPHONE NO.: | For Court Use Only |
|---|---|---|
| Matthew R. Bainer, Esq. (S.B. #220972)<br>SCOTT COLE & ASSOCIATES, APC<br>1970 Broadway, Suite 950<br>Oakland, CA 94612 | 510-891-9800 | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
Alameda County Superior Court
Rene C. Davidson Courthouse
1225 Fallon Street
Oakland, CA 94612

PLAINTIFF: PRAG TIERNO, individually, and on behalf of all others similarly situated.

DEFENDANT: RITE AID CORPORATION, and DOES 1 through 25, inclusive.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number:<br>RG05211860 |
|---|---|

TO: . . . . . . . . . . . . . . . . . . . . . C T CORPORATION SYSTEM . . . . . . . . . . . . . . . . . . . .
(Insert name of individual being served)

This summons and other document(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: May 11, 2005

_____
(Signature of sender)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [✓] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [✓] Other: (Specify)
   Civil Case Cover Sheet and Notice of Hearing

(To be completed by recipient)

Date of receipt: 05/12/05

Date this form is signed: 06/01/05

_____
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

JEFFREY D. WOH
(Type or print your name and name of entity, if any, on whose behalf this form is signed)

RITE AID CORPORATION

Form Adopted by the
Judicial Council of California
Revised Effective January 1, 1975
[982(a)(4)]
Mandatory Form

NOTICE AND ACKNOWLEDGMENT OF RECEIPT

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216