United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRAG TIERNO,

    Plaintiff,

v.

RITE AID CORPORATION,

    Defendant.

No. C 05-02520 TEH

**ORDER OF REFERENCE**

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred for ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his/her calendar.

Dated:   04/03/06

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE