SCOTT EDWARD COLE, (Cal. State Bar No. 160744)
CLYDE H. CHARLTON (Cal. State Bar No. 127541)
MATTHEW R. BAINER (Cal. State Bar No. 220972)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Suite 950
Oakland, CA 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030

Attorneys for Plaintiff
Prag Tierno

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JULIE A. WILKINSON (Cal. State Bar No. 209180)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Twenty-Fourth Floor
55 Second Street
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C05-02520 TEH<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE** |

## STIPULATION

Plaintiff Prag Tierno and defendant Rite Aid Corporation hereby request and stipulate that the case management conference, currently scheduled for May 30, 2006, at 10:00 a.m. (and related joint case management statement submission deadline), be postponed to a date on or after June 19, 2006, so that the conference is held after the hearing on plaintiff's motion to compel, which is scheduled to be heard before Magistrate Judge Larson on June 7, 2006. The reason for the requested postponement is the parties' belief that the motion to compel needs to be decided before future dates for the case are assigned.

Dated: April 21, 2006.

SCOTT EDWARD COLE
CLYDE H. CHARLTON
MATTHEW R. BAINER
SCOTT COLE & ASSOCIATES, APC

By: _____
Matthew R. Bainer
Attorneys for Plaintiff
Prag Tierno

Dated: April 24, 2006.

JEFFREY D. WOHL
JULIE A. WILKINSON
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant
Rite Aid Corporation

## ORDER

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the case management conference in this matter be continued to <u>June 26</u>, 2006, at <u>1:30</u> p.m. ~~a.m.~~, with the joint case management conference statement submitted by <u>June 19</u>, 2006.

Dated: April <u>24</u>, 2006.

IT IS SO ORDERED
Judge Thelton E. Henderson

_____
Thelton E. Henderson
United States District Judge