SCOTT EDWARD COLE, (Cal. State Bar No. 160744)
CLYDE H. CHARLTON (Cal. State Bar No. 127541)
MATTHEW R. BAINER (Cal. State Bar No. 220972)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Suite 950
Oakland, CA 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030

Attorneys for Plaintiff
Prag Tierno

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JULIE A. WILKINSON (Cal. State Bar No. 209180)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Twenty-Fourth Floor
55 Second Street
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C05-02520 TEH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO POSTPONE HEARING ON PLAINTIFF'S MOTION TO COMPEL |

## STIPULATION

Plaintiff Prag Tierno and defendant Rite Aid Corporation hereby stipulate and request that the hearing on plaintiff's Motion to Compel Further Responses to Plaintiff's Discovery Requests, currently scheduled for June 7, 2006, at 9:30 a.m., be postponed for one week to June 14, 2006. The reason for the requested postponement is an unexpected calendar conflict for defense counsel which will require out-of-town travel on the previously scheduled date.

Dated: June __, 2006.

SCOTT EDWARD COLE
CLYDE H. CHARLTON
MATTHEW R. BAINER
SCOTT COLE & ASSOCIATES, APC


By: _____
Matthew R. Bainer
Attorneys for Plaintiff
Prag Tierno

Dated: June 5, 2006.

JEFFREY D. WOHL
JULIE A. WILKINSON
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant
Rite Aid Corporation

## STIPULATION

Plaintiff Prag Tierno and defendant Rite Aid Corporation hereby stipulate and request that the hearing on plaintiff's Motion to Compel Further Responses to Plaintiff's Discovery Requests, currently scheduled for June 7, 2006, at 9:30 a.m., be postponed for one week to June 14, 2006. The reason for the requested postponement is an unexpected calendar conflict for defense counsel which will require out-of-town travel on the previously scheduled date.

Dated: June 5, 2006.

SCOTT EDWARD COLE
CLYDE H. CHARLTON
MATTHEW R. BAINER
SCOTT COLE & ASSOCIATES, APC

By: _____
Matthew R. Bainer
Attorneys for Plaintiff
Prag Tierno

Dated: June __, 2006.

JEFFREY D. WOHL
JULIE A. WILKINSON
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant
Rite Aid Corporation

LEGAL_US_W # 53668486.1

STIPULATION TO POSTPONE
HEARING ON MTN TO COMPEL
U.S.D.C., N.D. Cal., No. C-05-02520-TEH

1

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the hearing on plaintiff's Motion to Compel Further Responses to Plaintiff's Discovery Requests be and is hereby continued to June 14, 2006, at 9:30 a.m.

Dated: June __6__, 2006.



2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEGAL_US_W # 53668486.1

STIPULATION TO POSTPONE
HEARING ON MTN TO COMPEL
U.S.D.C., N.D. Cal., No. C-05-02520-TEH