1    SCOTT EDWARD COLE (Cal. State Bar No. 160744)
     CLYDE H. CHARLTON (Cal. State Bar No. 127541)
2    MATTHEW R. BAINER (Cal. State Bar No. 220972)
     SCOTT COLE & ASSOCIATES, APC
3    1970 Broadway, Suite 950
     Oakland, CA  94612
4    Telephone: (510) 891-9800
     Facsimile: (510) 891-7030
5
     Attorneys for Plaintiff
6    Prag Tierno

7
     JEFFREY D. WOHL (Cal. State Bar No. 96838)
8    JULIE A. WILKINSON (Cal. State Bar No. 209180)
     RISHI N. SHARMA (Cal. State Bar No. 239034)
9    PAUL, HASTINGS, JANOFSKY & WALKER LLP
     Twenty-Fourth Floor
10   55 Second Street
     San Francisco, CA  94105-3441
11   Telephone: (415) 856-7000
     Facsimile: (415) 856-7100
12
     Attorneys for Defendant
13   Rite Aid Corporation

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

17   PRAG TIERNO, individually and on          No. C05-02520 TEH
     behalf of all others similarly-situated,
18                                             **STIPULATION AND ~~PROPOSED~~ ORDER**
                       Plaintiffs,             **TO POSTPONE CASE MANAGEMENT**
19                                             **CONFERENCE**
              vs.
20
     RITE AID CORPORATION, and DOES
21   1 through 25, inclusive,

22                     Defendants.

23

24

25

26

27

28

1

**STIPULATION**

2    Plaintiff Prag Tierno and defendant Rite Aid Corporation hereby request and stipulate that the

3    case management conference, currently scheduled for June 26, 2006, at 1:30 p.m. (and related joint case

4    management statement submission deadline), be postponed to a date to be set by the Court after

5    determination of plaintiff's motion for class certification, which is scheduled to be heard before this

6    Court on July 17, 2006.  The reason for the requested postponement is the parties' belief that the motion

7    for class certification needs to be decided before future dates for the case are assigned.

8    Dated:  June __, 2006.          SCOTT EDWARD COLE
                                     CLYDE H. CHARLTON
9                                    MATTHEW R. BAINER
                                     SCOTT COLE & ASSOCIATES, APC
10

11

12   By:_____
                              Matthew R. Bainer
13                            Attorneys for Plaintiff
                                  Prag Tierno

14   Dated:  June __, 2006.          JEFFREY D. WOHL
                                     JULIE A. WILKINSON
15                                   RISHI N. SHARMA
                                     PAUL, HASTINGS, JANOFSKY & WALKER LLP
16

17

18   By:_ /s/ Jeffrey D. Wohl_____
                              Jeffrey D. Wohl
19                            Attorneys for Defendant
                                Rite Aid Corporation

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff Prag Tierno and defendant Rite Aid Corporation hereby request and stipulate that the |
| 3 | case management conference, currently scheduled for June 26, 2006, at 1:30 p.m. (and related joint case |
| 4 | management statement submission deadline), be postponed to a date to be set by the Court after |
| 5 | determination of plaintiff's motion for class certification, which is scheduled to be heard before this |
| 6 | Court on July 17, 2006. The reason for the requested postponement is the parties' belief that the motion |
| 7 | for class certification needs to be decided before future dates for the case are assigned. |

8   Dated: June /3, 2006.        SCOTT EDWARD COLE
9                                CLYDE H. CHARLTON
                                 MATTHEW R. BAINER
10                               SCOTT COLE & ASSOCIATES, APC

11                               By:
12                                       Matthew R. Bainer
13                                       Attorneys for Plaintiff
                                         Prag Tierno

14  Dated: June ___, 2006.       JEFFREY D. WOHL
15                               JULIE A. WILKINSON
                                 RISHI N. SHARMA
16                               PAUL, HASTINGS, JANOFSKY & WALKER LLP

17
18                               By:
                                         Jeffrey D. Wohl
19                                       Attorneys for Defendant
                                         Rite Aid Corporation
20
21
22
23
24
25
26
27
28

LEGAL_US_W # 53679968 1                    STIPULATION TO POSTPONE CMC
                                           U.S.D.C., N.D. Cal., No. C-05-02520-TEH

1

## <u>ORDER</u>

2      On the stipulation of the parties, and good cause appearing therefor,

3      IT IS ORDERED that the case management conference in this matter currently scheduled for

4  June 26, 2006, is vacated and will be rescheduled by the Court after determination of plaintiff's pending

5  motion for class certification.

6      Dated: June <u>19</u> , 2006.



7                                                        Thelton E. Henderson
                                                         States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 53679968.1                                    STIPULATION TO POSTPONE CMC
                                                           U.S.D.C., N.D. Cal., No. C-05-02520-TEH