1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JULIE A. WILKINSON (Cal. State Bar No. 209180)
2  RISHI N. SHARMA (Cal. State Bar No. 239034)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, CA 94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  jeffwohl@paulhastings.com
   juliewilkinson@paulhastings.com
6  rishisharma@paulhastings.com

7  Attorneys for Defendant
   Rite Aid Corporation

Case 3:05-cv-02520-TEH   Document 40   Filed 06/21/2006   Page 1 of 4

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | PRAG TIERNO, individually and on behalf of all others similarly-situated, | No. C05-02520 TEH

13 | Plaintiffs, | **(1) *EX PARTE* APPLICATION AND [PROPOSED] ORDER TO ALLOW DEFENDANT RITE AID CORPORATION ADDITIONAL PAGES TO RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

14 | vs. |

15 | RITE AID CORPORATION, and DOES 1 through 25, inclusive, |

16 | Defendants. | **(2) DECLARATION OF JULIE A. WILKINSON IN SUPPORT OF SAME**

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 53735338.1                                 APPLICATION TO ALLOW ADD'L BRIEFING PGS
                                                        U.S.D.C., N.D. Cal., No. C-05-02520-TEH

## EX PARTE APPLICATION

Defendant Rite Aid Corporation ("Rite Aid") hereby applies for and requests that it be allowed an additional five pages beyond the limits set forth in this Court's Civil Local Rule 7-3 on its memorandum in opposition to plaintiff's pending motion for class certification; namely, Rite Aid's opposition to plaintiff's motion will not exceed 30 pages in length. The reason for the requested additional briefing length is that, due to the complexities raised by plaintiff's motion, while Rite Aid has attempted to adequately respond to plaintiff's motion within the prescribed 25-page limit, it has been unable to do so.

Rite Aid requested that plaintiff's counsel stipulate to this request; however, plaintiff is unable to provide a response to this request within a timeframe which would allow sufficient time for this Court to consider the request in advance of Rite Aid's June 26, 2006, deadline for submission of its opposition brief.* See Wilkinson Decl., ¶s 2-3, attached hereto.

Dated: June 21, 2006.

JEFFREY D. WOHL
JULIE A. WILKINSON
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____Julie Wilkinson_____
Julie A. Wilkinson
Attorneys for Defendant
Rite Aid Corporation

---

\* Plaintiff's motion is scheduled to be heard before this Court on July 17, 2006. As such, Rite Aid's opposition is due on June 26, 2006, and plaintiff's reply is due on July 3, 2006.

LEGAL_US_W # 53735338.1          APPLICATION TO ALLOW ADD'L BRIEFING PGS
                                 U.S.D.C., N.D. Cal., No. C-05-02520-TEH

## DECLARATION

I, Julie A. Wilkinson, declare:

1. I am a member of the Bar of this Court, an associate with Paul, Hastings, Janofsky & Walker LLP, and one of the attorneys representing defendant Rite Aid Corporation ("Rite Aid") in this action. I make this declaration in support of Rite Aid's *ex parte* application to allow Rite Aid additional pages to respond to plaintiff's pending motion for class certification. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. On the morning of June 21, 2006, I contacted Matthew Bainer of Scott Cole & Associates, APC, plaintiff's counsel in this action, and inquired as to plaintiff's willingness to stipulate to Rite Aid's request for an additional five pages for its memorandum in opposition to plaintiff's motion for class certification. Mr. Bainer indicated that Mr. Cole would have to approve any such request, but that Mr. Cole was out of the office and would not be able to respond today.

3. I informed Mr. Bainer that, given the time sensitivity of the matter (as Rite Aid's opposition is due June 26, 2006), and absent a stipulation, Rite Aid intended to apply to this Court for an order granting its request. Mr. Bainer indicated that Rite Aid should "do whatever it has to do."

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and was executed on June 21, 2006, at San Francisco, California.

*Julie A. Wilkinson*
Julie A. Wilkinson

1 **ORDER**

2 On the application of defendant Rite Aid Corporation ("Rite Aid"), and good cause appearing
3 therefor,

   *NOT*

4 IT IS ORDERED that Rite Aid will ~~not~~ have an additional five pages to respond to plaintiff's
5 pending motion for class certification; namely, Rite Aid's opposition to plaintiff's motion will not
6 exceed ~~30~~ 25 pages in length. *Rite Aid has not demonstrated any persuasive need to exceed 25 pages.*

7 Dated: June 22, 2006. Dbt f 14;   /s/ Thelton E. Henderson   rg5
8   Thelton E. Henderson
   United States District Judge

LEGAL_US_W # 53735338.1    -3-    APPLICATION TO ALLOW ADD'L BRIEFING PGS
U.S.D.C., N.D. Cal., No. C-05-02520-TEH