1  SCOTT EDWARD COLE (Cal. State Bar No. 160744)
   CLYDE H. CHARLTON (Cal. State Bar No. 127541)
2  MATTHEW R. BAINER (Cal. State Bar No. 220972)
   SCOTT COLE & ASSOCIATES, APC
3  1970 Broadway, Suite 950
   Oakland, CA 94612
4  Telephone: (510) 891-9800
   Facsimile: (510) 891-7030
5
   Attorneys for Plaintiff
6  Prag Tierno

7
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
8  JULIE A. WILKINSON (Cal. State Bar No. 209180)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
9  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Twenty-Fourth Floor
10 55 Second Street
   San Francisco, CA 94105-3441
11 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
12
   Attorneys for Defendant
13 Rite Aid Corporation

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 | PRAG TIERNO, individually and on       | No. C05-02520 TEH
     behalf of all others similarly-situated,
18 |                                         | STIPULATION AND PROPOSED ORDER
                    Plaintiffs,              | TO ALLOW PARTIES ADDITIONAL
19 |                                         | BRIEFING PAGES
               vs.
20 |                                         |
     RITE AID CORPORATION, and DOES          | DENYING
21 | 1 through 25, inclusive,
                    Defendants.
22 |

23

24

25

26

27

28

   LEGAL_US_W # 53734553.1                    STIPULATION TO ALLOW ADD'L BRIEFING PGS
                                              U.S.D.C., N.D. Cal., No. C-05-02520-TEH

## STIPULATION

Plaintiff Prag Tierno and defendant Rite Aid Corporation ("Rite Aid") hereby request and stipulate that each party will have an additional five pages beyond the limits set forth in this Court's Civil Local Rule 7-3 on their respective briefing on plaintiff's pending motion for class certification; namely, Rite Aid's opposition to plaintiff's motion will not exceed 30 pages in length, and plaintiff's reply in support of his motion will be not exceed 20 pages in length.[1] The reason for the requested additional briefing length is that, due to the complexities raised by plaintiff's motion, while Rite Aid has attempted to adequately respond to plaintiff's motion within the prescribed 25-page limit, it has been unable to do so.[2]

Dated: June 21, 2006.

SCOTT EDWARD COLE
CLYDE H. CHARLTON
MATTHEW R. BAINER
SCOTT COLE & ASSOCIATES, APC

By: _____
Matthew R. Bainer
Attorneys for Plaintiff
Prag Tierno

Dated: June 21, 2006.

JEFFREY D. WOHL
JULIE A. WILKINSON
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Julie A. Wilkinson
Attorneys for Defendant
Rite Aid Corporation

---

[1] Plaintiff's motion is scheduled to be heard before this Court on July 17, 2006. As such, Rite Aid's opposition is due on June 26, 2006, and plaintiff's reply is due on July 3, 2006.

[2] Prior to obtaining the present stipulation, Rite Aid earlier filed an *ex parte* application requesting additional briefing length. This stipulation supercedes the *ex parte* application.

LEGAL_US_W # 53734553.1

STIPULATION TO ALLOW ADD'L BRIEFING PGS
U.S.D.C., N.D. Cal., No. C-05-02520-TEH

## STIPULATION

Plaintiff Prag Tierno and defendant Rite Aid Corporation ("Rite Aid") hereby request and stipulate that each party will have an additional five pages beyond the limits set forth in this Court's Civil Local Rule 7-3 on their respective briefing on plaintiff's pending motion for class certification; namely, Rite Aid's opposition to plaintiff's motion will not exceed 30 pages in length, and plaintiff's reply in support of his motion will be not exceed 20 pages in length.[1] The reason for the requested additional briefing length is that, due to the complexities raised by plaintiff's motion, while Rite Aid has attempted to adequately respond to plaintiff's motion within the prescribed 25-page limit, it has been unable to do so.[2]

Dated: June 21, 2006.

SCOTT EDWARD COLE
CLYDE H. CHARLTON
MATTHEW R. BAINER
SCOTT COLE & ASSOCIATES, APC


By: _____
     Matthew R. Bainer
     Attorneys for Plaintiff
     Prag Tierno

Dated: June 21, 2006.

JEFFREY D. WOHL
JULIE A. WILKINSON
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: _____
     Julie A. Wilkinson
     Attorneys for Defendant
     Rite Aid Corporation

---

[1] Plaintiff's motion is scheduled to be heard before this Court on July 17, 2006. As such, Rite Aid's opposition is due on June 26, 2006, and plaintiff's reply is due on July 3, 2006.

[2] Prior to obtaining the present stipulation, Rite Aid earlier filed an *ex parte* application requesting additional briefing length. This stipulation supercedes the *ex parte* application.

**ORDER**          **DENIED**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that each of the parties will have an additional five pages on their respective briefing on plaintiff's pending motion for class certification: defendant Rite Aid Corporation's opposition to plaintiff's motion will not exceed 30 pages in length; and plaintiff Prag Tierno's reply in support of his motion will not exceed 20 pages in length.

Dated: June ___, 2006.

_____
Thelton E. Henderson
United States District Judge



DENIED
Judge Thelton E. Henderson