1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JULIE A. WILKINSON (Cal. State Bar No. 209180)
2  RISHI N. SHARMA (Cal. State Bar No. 239034)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California  94105
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  jeffwohl@paulhastings.com
   juliewilkinson@paulhastings.com
6  rishisharma@paulhastings.com

7  Attorneys for Defendant
   Rite Aid Corporation
8

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| PRAG TIERNO, individually, and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>          Defendants. | No. C-05-02520-TEH<br><br>**MANUAL FILING NOTIFICATION FOR DECLARATIONS OF STORE MANAGERS RE: VERACITY OF SELF-AUDITS (VOLUME 1 THROUGH 3)**<br><br>Hearing Date:   July 17, 2006<br>Time:           10:00 a.m.<br>Courtroom:      12, 19th Floor<br>Judge:          Hon. Thelton E. Henderson<br><br>Complaint filed: May 9, 2005<br>Trial date:      None set |

LEGAL_US_W # 53821733.1

NOTICE RE MANUAL FILING OF
SM VERACITY DECLS.
U.S.D.C., N.D. Cal., No. C-05-02520-TEH

1  Declarations of Store Managers Re: Veracity of Self-Audits (Volumes 1 through 3) are being
2  filed manually in paper form because it is too voluminous to be filed electronically.
3  For information on retrieving this filing directly from the court, please see the court's main
4  website at http://www.cand.uscourts.gov under "Frequently Asked Questions (FAQ)."

5  Dated: June 26, 2006.    JEFFREY D. WOHL
                             JULIE A. WILKINSON
6                            RISHI N. SHARMA
                             PAUL, HASTINGS, JANOFSKY & WALKER LLP
7

8                            By:   /s/ Jeffrey D. Wohl
                                        Jeffrey D. Wohl
9                                    Attorneys for Defendant
                                      Rite Aid Corporation

LEGAL_US_W # 53821733.1                                    NOTICE RE MANUAL FILING OF
                                                            SM VERACITY DECLS.
                                                   U.S.D.C., N.D. Cal., No. C-05-02520-TEH