| | |
|---|---|
| 1 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| | JULIE A. WILKINSON (Cal. State Bar No. 209180) |
| 2 | RISHI N. SHARMA (Cal. State Bar No. 239034) |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 3 | 55 Second Street, 24th Floor |
| | San Francisco, California  94105-3441 |
| 4 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 5 | jeffwohl@paulhastings.com |
| | juliewilkinson@paulhastings.com |
| 6 | rishisharma@paulhastings.com |
| 7 | Attorneys for Defendant |
| | Rite Aid Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and Does 1 through 50, inclusive,<br><br>Defendants. | No. C-05-02520-TEH<br><br>**DECLARATION OF ROBERT DOUBLEDAY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**[CLASS ACTION]**<br><br>Hearing Date:   July 17, 2006<br>Time:                 10:00 a.m.<br>Courtroom:      12, 19th Floor<br>Judge:              Hon. Thelton E. Henderson<br><br>Complaint filed:   May 9, 2005<br>Trial date:   None set |

I, Robert Doubleday, declare:

1. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. I have been informed that there is now pending a lawsuit against Rite Aid Corporation ("Rite Aid") that concerns the job duties of current and former Rite Aid Store Managers. It is my understanding that attorneys representing Rite Aid intend to use this declaration to assist in their defense of the lawsuit. Before I spoke with a Rite Aid attorney about the information in this declaration, she read me a statement which informed me that my interests in this lawsuit may be adverse to Rite Aid's and that I could talk to an attorney before speaking with her. No promises of benefit or threats have been made to me to persuade me to sign it. I chose to speak with the Rite Aid attorney voluntarily, I understood the questions the Rite Aid attorney asked me, and I make this declaration entirely of my own freewill and choice.

3. Rite Aid hired me on July 2, 1976. I held many positions during my tenure at Rite Aid (and other companies that it took over) all the way from Clerk to District Manager. My most recent position was Store Manager of the Capitola, California store. I also held the Store Manager position at Rite Aid's Aptos and Gilroy, California stores. I resigned my employment from Rite Aid in February 2006.

4. Rite Aid communicated to its Store Managers that it expected them to spend the majority of their time engaged in management activities during meetings with upper management and human resources personnel. I had no problem spending more than 50% of my time managing my store.

5. In February 2005, I filled out a self-audit form in which I stated that I spent the majority of my time performing managerial duties. During the self-audit process, I believed that Rite Aid wanted nothing more than for me to provide truthful information on the self-audit form. I did not believe that Rite Aid would reward or punish me based on my answers to the self-audit. Accordingly, I provided truthful and accurate information on the self-audit. A true and correct copy of the self-audit that I filled out is attached as Exhibit A.

6. As a Store Manager, I was responsible for the success and profitability of my store. To accomplish my goals in the store, I had a staff of approximately 15 people. The titles of the individuals

1    on my staff were: Assistant Manager, Cashiers, Price Accuracy Coordinator, Pharmacy Technician and
2    Pharmacist.

3        7.    My shifts typically ran from 6:00 a.m. to 5:00 p.m. four days a week. I also worked one
4    evening shift per week that ran from 11:00 a.m. to 10:00 p.m.

5        8.    Every day at Rite Aid was different. For example, on days that we received delivery
6    trucks, I would spend most of my time helping to unload the truck with my employees. I considered this
7    to be an essential opportunity to train them on safe techniques for lifting, unloading and stocking
8    merchandise, and it also gave me an opportunity to be a model for the level of performance that I would
9    accept. Typically, I would spend several hours on Tuesdays preparing my orders for ad merchandise.
10   We had several days to get this accomplished, so I would imagine that others spread this task out
11   amongst those days. I liked to get it done in one shot. On Wednesdays, I would dedicate a couple of
12   hours to preparing my store's work schedule.

13       9.    There were, however, some activities that I performed on a daily basis. Every morning
14   when I arrived at work, I took take care of deposits, accounting and other cash-related functions. I took
15   the steps necessary to get the store ready to open, such as starting the one-hour photo machine and
16   making sure that the registers were ready for customer transactions. I also walked the entire store to
17   assess what tasks needed to be accomplished that day. I then delegated those tasks to various members
18   of my staff. I assigned someone to "face" (clean-up) the store and conduct whatever maintenance was
19   necessary to make the store presentable to our guests. I also spent time reviewing corporate e-mails to
20   find out corporate objectives for upcoming projects. I also had to approve employees' time cards.

21      10.   I was solely responsible for hiring the employees in my store. Once they were employed,
22   I was responsible for managing their performance. Thus, I made sure they were trained on their
23   designated job duties, acknowledged their good performance, and coached them when their performance
24   was lacking in an area. When necessary, I had the authority to issue verbal and written warnings to my
25   employees. Because most of my employees are unionized, it was my responsibility to ensure that I
26   documented sufficient information to evidence the need for higher levels of disciplinary action. While I
27   could not terminate someone without following company procedures, I believed that my documented
28   recommendations for termination were taken seriously and given weight. The same was true for my

1 | recommendations for promotion. The promotion process started with me watching someone's
2 | performance, believing them to be ready to take on more responsibility and recommending that they be
3 | promoted. To get promoted, the individual had to get through interviews with our Human Resources
4 | Department and my District Manager. Most of the individuals that I recommended for promotion
5 | received the promotion.

6 | 11.    Even though Rite Aid had company guidelines that were used to ensure the uniformity
7 | and success of its stores, as a Store Manager, I was required to exercise my independent judgment and
8 | discretion on a daily basis. For example, I decided which members of my staff would perform certain
9 | tasks. I also made decisions as to what merchandise would be displayed and how because company
10 | guidelines often did not provide specific plans for stores designed like mine nor did they account for
11 | issues particular to my store or customers. My ability to adapt and sometimes depart from the company
12 | guidelines to meet the needs of my store and customers had a direct relationship to my success as a
13 | manager. I also approved vacation for my employees and made decisions necessary to stay within my
14 | payroll budget. In addition, I made efforts to increase sales in my store by making sure our aisles were
15 | always fully stocked and learning my customers' seasonal shopping needs.

16 | 12.    The primary factor that leads Store Managers to perform their jobs differently is the level
17 | of training they receive. Classroom training is helpful, but if you do not have in-store training with a
18 | manager who is organized and good at training, it will be hard for someone to develop those traits as a
19 | manager. Other factors that may lead Store Managers to perform their jobs differently are the season
20 | (i.e. back-to-school, Christmas, etc.) and sales volume of the store.

21 | I declare under penalty of perjury under the laws of the State of California that the foregoing is
22 | true and correct.

23 | Executed this 22 day of June, 2006, at Santa Cruz, California.

_____
Robert Doubleday