# EXHIBIT A

## STORE MANAGER WORK-TIME SELF-AUDIT

Name: Robert Doubleday    Time Period: 1/1/2004 - 12/31/2004
Store: 5966    DM: Gary Malloy

| Time Spent on Managerial Job Duties | Managerial | |
|---|---|---|
| **Administrative duties,** including receiving, implementing and communicating corporate directives related to store operations, reviewing SYSMs/emails/correspondence, providing for the safety of employees and store property, loss prevention, inventory control, and participating in management meetings | 12 % | |
| **Sales management,** including reviewing store sales volume and sales goals, planning strategy for sales and surveying and monitoring store competition | 3 % | |
| **Cash management,** including budgeting, safe audits, logging cashiers into the register, responsibility for cash handling, managing payroll and other store expenses | 5 % | |
| **Staff supervision,** including walking the floor, planning and distributing work tasks, coaching, scheduling, overseeing display setup and merchandise pricing, and monitoring the sales floor | 5 % | |
| **Personnel administration,** including interviewing, hiring, training, performance reviews, discipline, and enforcing human resources policies | 2 % | |
| **Merchandise management,** including communicating with vendors, ordering merchandise, directing the merchandising of the floor, directing the set up of visual displays and Planograms | 10 % | |
| **Customer Service Management** including response/resolution of customer complaints, review of customer survey results and enforcement of company customer service programs and initiatives in the store | 3 % | |
| **Other managerial tasks,** including completion of Daily Tour Sheets and prioritizing and assignment of tasks and reviewing/ordering Ads. | 12 % | |
| **(A)    Total Time Spent on Managerial Duties** | 52 % | |
| Time Spent on Non-Managerial Job Duties | | Non Managerial |
| **Assisting customers,** with locating merchandise | | 3 % |
| **Ringing up sales** at the cashier's register | | 7 % |
| **Cashier reconciliation** | | 2 % |
| **Unloading and stocking** delivered merchandise | | 17 % |
| **Setting up Merchandise** | | 8 % |
| **Store & inventory maintenance,** including cycle counting, cleaning, re-shelving merchandise, physically moving merchandise and organizing the storeroom | | 9 % |
| **Setting up signage** and visual displays | | 2 % |
| **Other non-managerial tasks** | | 0 % |
| **(B)    Total Time Spent on Non-Managerial Duties** | | 48 % |
| Total for Managerial and Non-Managerial Job Duties (A+B) should be 100% | | |

Dated:  2/16/05                                   _____
                                                              Signature

☐    (If the percentage of your work time spent on non-managerial duties is 50% or more, check this box and explain on the back of this form why that is and what steps we can take together to restore the proper balance of your job duties.)

RA-08893

**STORE MANAGER WORK-TIME SELF-AUDIT**

During the review period of this self-audit, I spent 50% or more of my work time on non-managerial duties because:

_____

_____

_____

_____

_____

_____

_____

_____

~re the proper balance of my job duties, Rite Aid and I can together take t.            ·ng steps:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

RA-08894