IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRAG TIERNO, et al.,            No. C 05-02520 TEH

    Plaintiffs,

v.

**ORDER**

RITE AID CORPORATION,

    Defendant.

_____/

    Good cause appearing, and in order to accommodate the Court's calendar, it is HEREBY ORDERED that Plaintiffs' Motion for Class Certification, currently noticed for July 17, 2006, shall be continued until Monday, August 7, 2006 at 10:00 a.m.

    IT IS FURTHER ORDERED that Plaintiffs' reply brief shall remain due on July 3, 2006.

**IT IS SO ORDERED.**

Dated: June 29, 2006

THELTON E. HENDERSON  
UNITED STATES DISTRICT JUDGE