IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO,<br><br>               Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>               Defendant. | NO. C05-2520 TEH<br><br>ORDER RE: DEFENDANT'S OBJECTIONS TO JUNE 16, 2006 DISCOVERY ORDER AND ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

The Court is in receipt of Defendant's objections to Magistrate Judge Larson's June 16, 2006 Order Granting in Part Plaintiff's Motion to Compel and now sets the following briefing schedule:

1. Plaintiff shall file his response to Defendant's objections on or before **July 12, 2006.**

2. Defendant shall file its reply to Plaintiff's response on or before **July 19, 2006.**

3. Unless otherwise ordered, the matter will then be deemed submitted on the papers.

In addition, to accommodate the Court's calendar, the hearing on Plaintiff's motion for class certification shall be continued from August 7, 2006, to **August 14, 2006, at 10:00 AM.**

**IT IS SO ORDERED.**

Dated: 07/05/06

                                          THELTON E. HENDERSON, JUDGE
                                          UNITED STATES DISTRICT COURT