1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JULIE A. WILKINSON (Cal. State Bar No. 209180)
2  RISHI N. SHARMA (Cal. State Bar No. 239034)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California  94105
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  jeffwohl@paulhastings.com
   juliewilkinson@paulhastings.com
6  rishisharma@paulhastings.com

7  Attorneys for Defendant
   Rite Aid Corporation
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | PRAG TIERNO, individually, and on behalf of others similarly situated, | No. C-05-02520-TEH |
|---|---|---|
| 13 |  | **NOTICE OF *ERRATA* TO DEFENDANT RITE AID CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| 14 | Plaintiff, |  |
| 15 | vs. |  |
| 16 | RITE AID CORPORATION, and DOES 1 through 25, inclusive, | Hearing Date:  August 14, 2006<br>Time:  10:00 a.m.<br>Courtroom:  12, 19th Floor |
| 17 | Defendants. | Judge: Hon. Thelton E. Henderson |
| 18 |  | Complaint filed:  May 9, 2005<br>Trial date:  None set |

LEGAL_US_W # 54065257.2                                RITE AID'S NOTICE OF *ERRATUM*
                                                       U.S.D.C., N.D. Cal., No. C-05-02520-TEH

To the Clerk of Court, plaintiff Prag Tierno, and plaintiff's counsel of record:

PLEASE TAKE NOTICE that, based on the *Errata* Declaration of Brad Sapp in Opposition to Plaintiff's Motion for Class Certification, defendant Rite Aid Corporation ("Rite Aid") hereby corrects portions of Rite Aid's Summary of Evidence ("RSE") Submitted in Opposition to Plaintiff's Motion for Class Certification as follows (deleted language in ~~strikethrough~~, added language in **bold**):

| Page:Line | As Is | Correct to |
|---|---|---|
| RSE 36 | "For the June 2006 self-audit, although still in progress (417 of 577 self-audits originally circulated have thus far reported), 86% of the Store Managers reporting said that they were meeting Rite Aid's expectations and spending more than 50% of their time on managerial job duties." | "For the June 2006 self-audit, although still in progress (~~417~~ **401** of 577 self-audits originally circulated have thus far reported), 86% of the Store Managers reporting said that they were meeting Rite Aid's expectations and spending more than 50% of their time on managerial job duties." |
| RSE 39 | "The 1,014 self-audits (597 from February 2005 and 417 from June 2006) also reveal wide disparities in what job duties Store Managers perform and how Store Managers spend their time." | "The ~~1,014~~ **998** self-audits (597 from February 2005 and ~~417~~ **401** from June 2006) also reveal wide disparities in what job duties Store Managers perform and how Store Managers spend their time." |
| RSE 40 | "The self-audits show that virtually no two Store Managers spend their time in the same fashion; in fact, of the 1,014 total, there were two identical time allocations only four times." | "The self-audits show that virtually no two Store Managers spend their time in the same fashion; in fact, of the ~~1,014~~ **998** total, there were two identical time allocations only four times." |

These corrections are not material to Rite Aid's opposition, as the changes in the number of self-audits submitted is negligible. Rite Aid nevertheless did not want the errors to go uncorrected, and it apologizes to the Court and plaintiff for the errors.

///

///

1  Dated: July 25, 2006.       JEFFREY D. WOHL
                               JULIE A. WILKINSON
2                              RISHI N. SHARMA
                               PAUL, HASTINGS, JANOFSKY & WALKER LLP
3

4
                               By:  /s/ Jeffrey D. Wohl   _____
5                                          Jeffrey D. Wohl
                                        Attorneys for Defendant
6                                         Rite Aid Corporation

LEGAL_US_W # 54065257.2                 2         RITE AID'S NOTICE OF *ERRATUM*
                                                  U.S.D.C., N.D. Cal., No. C-05-02520-TEH