JEFFREY D. WOHL (Cal. State Bar No. 96838)
JULIE A. WILKINSON (Cal. State Bar No. 209180)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
juliewilkinson@paulhastings.com
rishisharma@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C-05-02520-TEH<br><br>**DECLARATION OF JEFFREY D. WOHL IN SUPPORT OF DEFENDANT RITE AID CORPORATION'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF ITS PETITION FOR PERMISSION TO APPEAL FROM ORDER GRANTING CLASS CERTIFICATION AND, IF THE PETITION IS GRANTED, ITS APPEAL; REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing Date: October 23, 2006<br>Time: 10:00 a.m.<br>Courtroom: 12, 19th Floor<br>Judge: Hon. Thelton E. Henderson<br><br>Complaint filed: May 9, 2005<br>Trial date: None set |

LEGAL_US_W # 54387525.1

WOHL DECL. ISO MOTION TO STAY
U.S.D.C., N.D. Cal., No. C-05-02520-TEH

I, Jeffrey D. Wohl, declare:

1. I am a member of the Bar of this Court, a partner with Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), and one of the attorneys representing defendant Rite Aid Corporation ("Rite Aid") in this action. I make this declaration in support of Rite Aid's Motion to Stay Proceedings Pending Resolution of its Petition for Permission to Appeal From Order Granting Class Certification and, if the Petition is Granted, its Appeal. I also make this request that Court take judicial notice of the court orders attached to this declaration. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. On September 14, 2006, I contacted Scott Edward Cole, counsel for plaintiff Prag Tierno. I informed Mr. Cole of Rite Aid's intention to bring this motion, and asked that he stipulate to a stay of proceedings pending disposition of Rite Aid's Rule 23(f) petition and the resulting appeal. Mr. Cole declined to so stipulate.

3. On September 14, 2006, pursuant to Rule 23(f), Federal Rule of Civil Procedure, and Rule 5, Federal Rule of Appellate Procedure, Rite Aid filed a petition with the U.S. Court of Appeals for the Ninth Circuit requesting permission to appeal from the class certification order issued on August 31, 2006, in the present case. A true copy of Rite Aid's Rule 23(f) Petition is attached to this declaration as Exhibit A.

4. Attached to this declaration as the exhibits indicated are true copies of orders by district courts in the Ninth Circuit staying proceedings pending a Rule 23(f) petition. I ask the Court to take judicial notice of these orders.

Exhibit B: Order Staying Disclosures and Discovery Pending Appellate Resolution of Wal-Mart's Appeal to the Ninth Circuit from Order Granting Class Certification, *Dukes* v. *Wal-Mart Stores, Inc.*, No. 01-CV-02252 (N.D. Cal. Sep. 27, 2004) (Docket No. 665).

Exhibit C: Order Granting Plaintiff's Unopposed Motion for Stay Pending Appeal, *Grosz* v. *Boeing Co.*, No. 02-CV-0071-CJC (C.D. Cal. May 5, 2004) (Docket No. 135).

///

Exhibit D:   Order Granting Defendant's Motion For Stay Pending Ninth Circuit's Final Decision on Rule 23(F) Appeal of Order Granting Rule 23 Class Certification, *Chavez* v. *IBP*, *Inc.*, 2002 WL 32145647 (E.D. Wash. Dec. 23, 2002).

Exhibit E:   Order on Motions (1) to Stay Discovery and (2) for Clarification of Certification Order, *Beck* v. *Boeing Co.*, No. C00-301P (W.D. Wash. Dec. 27, 2001).

Executed on September 14, 2006, at San Francisco, California.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

.    __/s/ Jeffrey D. Wohl_____
                              Jeffrey D. Wohl