# EXHIBIT B

FILED

SEP 27 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETTY DUKES, PATRICIA SURGESON, CLEO PAGE, CHRISTINE KWAPNOSKI, DEBORAH GUNTER, KAREN WILLIAMSON, AND EDITH ARANA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

WAL-MART STORES, INC.,

Defendant.
________________________________/

No. C 01-2252 MJJ

**ORDER STAYING DISCLOSURES AND DISCOVERY PENDING APPELLATE RESOLUTION OF WAL-MART'S APPEAL TO THE NINTH CIRCUIT FROM ORDER GRANTING CLASS CERTIFICATION**

Having read and considered Defendant's motion to stay disclosures and discovery pending the appellate resolution of Defendant's appeal from the order granting class certification, Plaintiffs' opposition, and for good cause shown, the Court hereby orders disclosures and discovery **STAYED** until the appeal of the order granting class certification is resolved by the Ninth Circuit. The hearing on Defendant's motion, scheduled for September 29, 2004, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: September 24 2004

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California