# EXHIBIT C

Case 8:02-cv-00071-CJC-MLG Document 135 Filed 05/05/2004 Page 1 of 1
Case 3:05-cv-02520-TEH Document 90-4 Filed 09/14/06 Page 2 of 2

Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 02-0071 CJC (MLGx)   Date: May 5, 2004

Title: <u>TEODOSIA GROSZ, et al. v. THE BOEING COMPANY, et al.</u>

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

<u>Debra Beard</u>               <u>N/A</u>
Deputy Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR STAY PENDING APPEAL (FILED 4/12/04)**

Plaintiffs' unopposed motion for stay pending appeal is GRANTED. The "negative value" of suits by individual plaintiffs, the effect of the statute of limitations on proposed class members, and, in the event of a reversal, the potential waste of the Court's and the parties' resources tip the balance of hardship sharply in Plaintiffs' favor. Boeing, by not opposing this motion, concedes that it will not be harmed by a stay pending appeal.

ljm
MINUTES FORM 11
CIVIL-GEN


DOCKETED ON CM
MAY - 6 2004
BY _____ 024

Initials of Deputy Clerk___

135