JEFFREY D. WOHL (Cal. State Bar No. 96838)
JULIE A. WILKINSON (Cal. State Bar No. 209180)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
juliewilkinson@paulhastings.com
rishisharma@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO, individually, and on behalf of others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | No. C-05-02520-TEH<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT RITE AID CORPORATION'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF ITS PETITION FOR PERMISSION TO APPEAL FROM ORDER GRANTING CLASS CERTIFICATION AND, IF THE PETITION IS GRANTED, ITS APPEAL** |

1  The Court, having considered the Motion to Stay Proceedings Pending Resolution of its Petition for Permission to Appeal From Order Granting Class Certification and, if the Petition is Granted, Its Appeal by defendant Rite Aid Corporation ("Rite Aid"), and plaintiff Prag Tierno having filed a statement of non-opposition to the motion, and the Court having considered its record of this action, and the law, and good cause appearing therefor,

IT IS ORDERED that the motion be and is hereby GRANTED.  All proceedings in this case are stayed until such time as the Court of Appeals for the Ninth Circuit either (a) grants Rite Aid's Rule 23(f) petition and Rite Aid's appeal from the Court's August 31, 2006, Order Granting Class Certification is resolved; or (b) denies Rite Aid's Rule 23(f) petition.

IT IS FURTHER ORDERED that the case management conference currently scheduled for October 23, 2006, be and hereby is VACATED.

Dated:  ___09/28___, 2006.

_____
Thelton E. Henderson
United States District Judge