1  SCOTT EDWARD COLE, (Cal. State Bar No. 160744)
   CLYDE H. CHARLTON (Cal. State Bar No. 127541)
2  MATTHEW R. BAINER (Cal. State Bar No. 220972)
   SCOTT COLE & ASSOCIATES, APC
3  1970 Broadway, Suite 950
   Oakland, CA  94612
4  Telephone: (510) 891-9800
   Facsimile: (510) 891-7030
5
   Attorneys for Plaintiff
6  Prag Tierno

7

8  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JULIE A. WILKINSON (Cal. State Bar No. 209180)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
9  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Twenty-Fourth Floor
10 55 Second Street
   San Francisco, CA  94105-3441
11 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
12
   Attorneys for Defendant
13 Rite Aid Corporation

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO, individually and on behalf of all others similarly-situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | No. C-05-02520-TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY PENDING PARTIES' PRIVATE MEDIATION** |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff Prag Tierno and defendant Rite Aid Corporation hereby stipulate and request that the |
| 3 | Court continue the stay of all proceedings in this action, entered in this case on September 28, 2006 |
| 4 | (Docket No. 94), pending the parties' submission of this matter to a private mediation, currently |
| 5 | scheduled for February 16, 2007. Following the mediation, the parties will report back to the Court on |
| 6 | the status of the case. |

Dated: December __, 2006.   SCOTT EDWARD COLE
                            CLYDE H. CHARLTON
                            MATTHEW R. BAINER
                            SCOTT COLE & ASSOCIATES, APC


                            By: _____
                                    Matthew R. Bainer
                                    Attorneys for Plaintiff
                                    Prag Tierno


Dated: December __, 2006.   JEFFREY D. WOHL
                            JULIE A. WILKINSON
                            RISHI N. SHARMA
                            PAUL, HASTINGS, JANOFSKY & WALKER LLP


                            By:  /s/ Jeffrey D. Wohl
                                    Jeffrey D. Wohl
                                    Attorneys for Defendant
                                    Rite Aid Corporation

## STIPULATION

Plaintiff Prag Tierno and defendant Rite Aid Corporation hereby stipulate and request that the Court continue the stay of all proceedings in this action, entered in this case on September 28, 2006 (Docket No. 94), pending the parties' submission of this matter to a private mediation, currently scheduled for February 16, 2007. Following the mediation, the parties will report back to the Court on the status of the case.

Dated: December 7, 2006.

SCOTT EDWARD COLE
CLYDE H. CHARLTON
MATTHEW R. BAINER
SCOTT COLE & ASSOCIATES, APC

By: _____
    Scott Cole   ~~Matthew R. Bainer~~
    Attorneys for Plaintiff
    Prag Tierno

Dated: December __, 2006.

JEFFREY D. WOHL
JULIE A. WILKINSON
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
    Jeffrey D. Wohl
    Attorneys for Defendant
    Rite Aid Corporation

LEGAL_US_W # 55325938.1

STIPULATION TO CONTINUE STAY, ORDER
U.S.D.C., N.D. Cal., No. C-05-02520-TEH

PAGE 3/3 * RCVD AT 12/19/2006 4:20:44 PM [Pacific Standard Time] * SVR:SFORF1/5 * DNIS:9998 * CSID:Fax    * DURATION (mm-ss):01-28

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the all proceedings in this case, which were stayed by the Court's order entered on September 28, 2006 (Docket No. 94), will remain stayed pending the parties' planned private mediation. The parties are directed to report back to the Court on the status of the case following conclusion of the mediation.

Dated: December 20, 2006.



Thelton E. Henderson
United States District Judge

LEGAL_US_W # 55325938.1

STIPULATION TO CONTINUE STAY, ORDER
U.S.D.C., N.D. Cal., No. C-05-02520-TEH