1  SCOTT EDWARD COLE, (Cal. State Bar No. 160744)
   CLYDE H. CHARLTON (Cal. State Bar No. 127541)
2  MATTHEW R. BAINER (Cal. State Bar No. 220972)
   SCOTT COLE & ASSOCIATES, APC
3  1970 Broadway, Suite 950
   Oakland, CA 94612
4  Telephone: (510) 891-9800
   Facsimile: (510) 891-7030
5
   Attorneys for Plaintiff
6  Prag Tierno

7
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
8  JULIE A. WILKINSON (Cal. State Bar No. 209180)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
9  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Twenty-Fourth Floor
10 55 Second Street
   San Francisco, CA 94105-3441
11 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
12
   Attorneys for Defendant
13 Rite Aid Corporation

14
                           UNITED STATES DISTRICT COURT
15
                          NORTHERN DISTRICT OF CALIFORNIA
16

17 | PRAG TIERNO, individually and on        | No. C-05-02520-TEH
   | behalf of all others similarly-situated, |
18 |                                          | **NOTICE TO COURT RE STATUS OF**
   |              Plaintiffs,                 | **MEDIATION; STIPULATION AND**
19 |                                          | **[PROPOSED] ORDER TO CONTINUE**
   |              vs.                         | **STAY PENDING PARTIES' ONGOING**
20 |                                          | **PRIVATE MEDIATION**
   | RITE AID CORPORATION, and DOES           |
21 | 1 through 25, inclusive,                 |
   |              Defendants.                 |
22

23
24
25
26
27
28

LEGAL_US_W # 55672114.1                      NOTICE AND STIPULATION, ORDER TO STAY
                                             U.S.D.C., N.D. Cal., No. C-05-02520-TEH

**NOTICE TO COURT REGARDING STATUS OF PARTIES' PRIVATE MEDIATION**

Pursuant to this Court's December 20, 2006 order (Docket No. 97) to report to the Court following the parties' mediation on February 16, 2007, plaintiff Prag Tierno and defendant Rite Aid Corporation hereby report that although the matter did not resolve that day, the parties have agreed to continue the mediation and reconvene on March 17, 2007.

**STIPULATION**

Based on their agreement to continue their private mediation and reconvene on March 17, 2007, the parties hereby stipulate and request that the Court continue the stay of all proceedings in this action, entered in this case on September 28, 2006 (Docket No. 94), and extended on December 20, 2006 (Docket No. 97), pending the parties' ongoing efforts to settle this litigation in private mediation.

Following the mediation on March 17, 2007, the parties will report back to the Court on the status of the case.

Dated: February 20, 2007.

SCOTT EDWARD COLE
CLYDE H. CHARLTON
MATTHEW R. BAINER
SCOTT COLE & ASSOCIATES, APC

By: _____
Matthew R. Bainer
Attorneys for Plaintiff
Prag Tierno

Dated: February 20, 2007.

JEFFREY D. WOHL
JULIE A. WILKINSON
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant
Rite Aid Corporation

LEGAL_US_W # 55672114.1

NOTICE AND STIPULATION, ORDER TO STAY
U.S.D.C., N.D. Cal., No. C-05-02520-TEH

## ORDER

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the all proceedings in this case, which were stayed by the Court's order entered on September 28, 2006 (Docket No. 94), and extended by the Court's order entered on December 20, 2006 (Docket No. 97), will remain stayed pending the parties' ongoing private mediation. The parties are directed to report back to the Court on the status of the case following conclusion of the mediation. by no later than March 23, 2007.

Dated: February 21, 2007.

Thelton E. Henderson
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*