1  SCOTT EDWARD COLE, (Cal. State Bar No. 160744)
   CLYDE H. CHARLTON (Cal. State Bar No. 127541)
2  MATTHEW R. BAINER (Cal. State Bar No. 220972)
   SCOTT COLE & ASSOCIATES, APC
3  1970 Broadway, Suite 950
   Oakland, CA  94612
4  Telephone: (510) 891-9800
   Facsimile: (510) 891-7030
5
   Attorneys for Plaintiff
6  Prag Tierno

7
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
8  JULIE A. WILKINSON (Cal. State Bar No. 209180)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
9  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
10 San Francisco, CA  94105-3441
   Telephone: (415) 856-7000
11 Facsimile: (415) 856-7100

12 Attorneys for Defendant
   Rite Aid Corporation
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 PRAG TIERNO, individually and on          No. C-05-02520-TEH
   behalf of all others similarly-situated,
18                                           **STIPULATION AND [PROPOSED] ORDER
                   Plaintiffs,               TO CONTINUE STAY FURTHER
19                                           PENDING PARTIES' ONGOING
          vs.                                PRIVATE MEDIATION**
20
   RITE AID CORPORATION, and DOES
21 1 through 25, inclusive,

22                 Defendants.

23

24

25

26

27

28

## **STIPULATION**

Since previously submitting a stipulation to the Court regarding the planned resumption of their mediation, the parties have agreed to postpone the mediation until May 16, 2007. Accordingly, the parties hereby stipulate and request that the Court continue the stay of all proceedings in this action, entered in this case on September 28, 2006 (Docket No. 94), extended on December 20, 2006 (Docket No. 97), and further extended on February 21, 2007 (Docket No. 99), pending the parties' ongoing efforts to settle this litigation in private mediation.

Following the mediation on May 16, 2007, the parties will report back to the Court on the status of the case by May 25, 2007.

Dated: March 6, 2007.   SCOTT EDWARD COLE
CLYDE H. CHARLTON
MATTHEW R. BAINER
SCOTT COLE & ASSOCIATES, APC

By: _____
        Scott E. Cole
        Attorneys for Plaintiff
        Prag Tierno

Dated: March __, 2007.   JEFFREY D. WOHL
JULIE A. WILKINSON
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
        Rishi N. Sharma
        Attorneys for Defendant
        Rite Aid Corporation

## STIPULATION

Since previously submitting a stipulation to the Court regarding the planned resumption of their mediation, the parties have agreed to postpone the mediation until May 16, 2007. Accordingly, the parties hereby stipulate and request that the Court continue the stay of all proceedings in this action, entered in this case on September 28, 2006 (Docket No. 94), extended on December 20, 2006 (Docket No. 97), and further extended on February 21, 2007 (Docket No. 99), pending the parties' ongoing efforts to settle this litigation in private mediation.

Following the mediation on May 16, 2007, the parties will report back to the Court on the status of the case by May 25, 2007.

Dated: March ___, 2007.      SCOTT EDWARD COLE
                              CLYDE H. CHARLTON
                              MATTHEW R. BAINER
                              SCOTT COLE & ASSOCIATES, APC

                              By: _____
                                       Scott E. Cole
                                    Attorneys for Plaintiff
                                       Prag Tierno

Dated: March 7, 2007.         JEFFREY D. WOHL
                              JULIE A. WILKINSON
                              RISHI N. SHARMA
                              PAUL, HASTINGS, JANOFSKY & WALKER LLP

                              By: /s/ Rishi Sharma
                                       Rishi N. Sharma
                                    Attorneys for Defendant
                                       Rite Aid Corporation

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the all proceedings in this case, which were stayed by the Court's order entered on September 28, 2006 (Docket No. 94), extended by the Court's order entered on December 20, 2006 (Docket No. 97), and further extended by the Court's order entered on February 21, 2007 (Docket No. 99), will remain stayed pending the parties' ongoing private mediation. The parties are directed to report back to the Court on the status of the case following conclusion of the mediation by no later than May 25, 2007.

Dated: March 8, 2007.

Thelton E. Henderson
United States District Judge

