1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   SARAH A. JAIN (Cal. State Bar No. 215147)
2  RISHI N. SHARMA (Cal. State Bar No. 239034)
   ANDREA M. LINDEMANN (Cal. State Bar No. 244937)
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
4  San Francisco, CA  94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
6  sarahjain@paulhastings.com
   rishisharma@paulhastings.com
7  andrealindemann@paulhastings.com

8  Attorneys for Defendant
   Rite Aid Corporation
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  PRAG TIERNO, individually and on behalf of all others similarly-situated, | No. C-05-02520-TEH |
| 15  Plaintiffs, | **DECLARATION OF JEFFREY D. WOHL IN OPPOSITION TO PLAINTIFF'S MOTION TO ADOPT PLAINTIFF'S CLASS NOTICE** |
| 16  vs. | Date:       September 24, 2007 |
| 17  RITE AID CORPORATION, and DOES 1 through 25, inclusive, | Time:       10:00 a.m. |
| 18  Defendants. | Courtroom:  12, 19th Floor |
| 19  | Judge:      Hon. Thelton E. Henderson |

20

21

22

23

24

25

26

27

28

I, Jeffrey D. Wohl, declare:

1. I am a member of the Bar of this Court, a partner with Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), and one of the attorneys representing defendant Rite Aid Corporation ("Rite Aid") in this action. I make this declaration in opposition to plaintiff Prag Tierno's Motion to Adopt Plaintiff's Proposed Class Notice. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. Prior to plaintiff's bringing his motion, the parties negotiated over the notice of the Court's certification order and the class members' right to opt out of the class that should be sent to the class. The parties agreed on most of the details of the class notice except for the opt-out procedures and who would act as class-notice administrator.

3. In order to lessen the burden on class members who wished to opt out of the class and to improve the efficiency of the opt-out process, Rite Aid proposed that class members be allowed to opt out of the class using any of three different methods: (1) a mail-in, pre-printed, postage pre-paid form or other written notice; (2) a secure toll-free telephone number; and (3) a secure website. Rite Aid offered to pay for the extra costs of these different opt-out procedures. Plaintiff refused to accept any form of opt-out procedure other than making the class member create his or her own form of opt-out notice for mailing to the administrator.

4. Attached to this declaration as Exhibit A is Rite Aid's proposed class notice.

5. Attached to this declaration as Exhibit B is a redline comparing Rite Aid's proposed class notice to plaintiff's proposed class notice.

6. Rite Aid obtained bids from three class-notice administrators (Rust Consulting, Inc.; CPT Group, Inc.; and Simpluris, Inc.), all of whom indicated their ability to receive and process opt outs via regular mail, a secure toll-free telephone number, and a secure website. True copies of their bids are attached to this notice as Exhibit C. Rite Aid also obtained a bid from Rosenthal & Co., which plaintiff has proposed to serve as class-notice administrator. However, Rosenthal & Co. did not submit a formal proposal to handle opt outs with a toll-free telephone number or a website, and it is the most expensive administrator from whom we received bids.

7. I do not understand what valid grounds plaintiff would have to object to including a

1 secure toll-free telephone number or secure website for class member opt outs.  After all, plaintiff's own
2 counsel, Scott Cole, uses on his website an online "claim form" on which a potential client may transmit
3 confidential information to Mr. Cole.  Attached to this declaration as Exhibit D is a page from Mr.
4 Cole's website, http://www.scalaw.com/contact.php, which displays the claim form.  If an online form is
5 acceptable for Mr. Cole to use in soliciting new clients, it also should be acceptable for class members to
6 use to opt out of the action if that is their wish.

7       Executed on August 31, 2007, at San Francisco, California.

8       I declare under penalty of perjury of the laws of the United States that the foregoing is true and
9 correct.

10                                          /s/ Jeffrey D. Wohl
                                                Jeffrey D. Wohl
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEGAL_US_W # 56973870.1       -2-      WOHL DECL. IN OPPTN. TO PLTF'S MTN RE CLASS NTC
                                                                                                       U.S.D.C., N.D. Cal., No. C-05-02520-TEH