# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PRAG TIERNO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | No. C-05-02520-TEH<br><br>**CLASS ACTION** |

NOTICE OF CERTIFICATION OF WAGE-AND-HOUR CLASS ACTION

**PLEASE READ THIS NOTICE CAREFULLY.
YOUR LEGAL RIGHTS MAY BE AFFECTED.**

TO:   ALL RETAIL STORE MANAGERS WHO ARE OR WERE EMPLOYED BY RITE AID IN CALIFORNIA ON OR AFTER MAY 9, 2001.

**PLEASE TAKE NOTICE** that a class action lawsuit against Rite Aid Corporation ("Rite Aid") is now pending in the United States District Court for the Northern District of California, before the Honorable Thelton E. Henderson. On August 31, 2006, the Court granted plaintiff Prag Tierno's motion to certify a class of all retail Store Managers who are or were employed by Rite Aid in California on or after May 9, 2001. On behalf of the class, plaintiff contends that Rite Aid Store Managers are misclassified as exempt and are owed compensation and penalties with respect to overtime hours, meal periods and rest breaks, and wage statements. According to Rite Aid's records, you are a member of the class. You should read this notice carefully.

This notice is not an expression of any opinion by the Court as to the merits of any of the claims or defenses asserted by either side in this litigation. The sole purpose of this notice is to inform you of the lawsuit so that you can make an informed decision as to whether you should remain in or opt out of this class action.

I.   **Nature and Status of the Action**

On May 9, 2005, plaintiff Prag Tierno, a former Rite Aid Store Manager, filed a class action lawsuit against Rite Aid. The lawsuit alleges that Rite Aid misclassified its California Store Managers as exempt from overtime compensation, failed to provide them with meal periods and rest breaks, and rendered inaccurate wage statements. The lawsuit seeks to recover for the Store Managers compensation and penalties for overtime hours allegedly worked by them,

meal periods and rest breaks allegedly not provided to them, and wage statements issued to them that allegedly were not accurate.

Rite Aid denies plaintiff's claims. It maintains that its California Store Managers are and were correctly classified as exempt, salaried employees who are not owed any overtime compensation, were not denied any meal periods or rest breaks to which they were entitled, and did not receive incorrect wage statements.

The Court has not decided whether plaintiff or Rite Aid is correct. That is not the subject of this notice.

## II.     About Class Actions

A class action is a lawsuit in which the claims and rights of many people may be decided in a single court proceeding. The plaintiff, acting as the class representative, asserts claims on behalf of himself and the class. A class action allows the Court to resolve the claims of all the class members at the same time. A class member is bound by the determination or judgment entered in the case, whether the class wins or loses, and may not file his or her own lawsuit over the same claims that were decided in the class action.

The Court has appointed plaintiff's lawyers, Scott Cole & Associates, APC, as class counsel. Class counsel are handling this case on a contingency-fee basis. That means that if there is a recovery for the class, they will claim a share of the recovery as their attorneys' fees (which would be subject to court approval). As a class member, you also have the right to retain your own lawyer at your own expense.

## III.    Procedures For Opting Out of the Class

If you are or were employed by Rite Aid within the State of California as a retail Store Manager at any time on or after May 9, 2001, you are automatically included in the class. You have the right to remain in the class or to opt out of the class.

If you timely opt out of the class, you will (i) be excluded from the class; (ii) not be bound by any determination or judgment entered in the litigation; (iii) not participate in any recovery obtained through trial or a settlement in the litigation; and (iv) not be precluded, by reason of your opt out, to pursue an individual action if otherwise timely.

**If you wish to remain in the class, you do not need to take any action at this time.**

**If you wish to opt out of the class, you must inform the class administrator by not later than [60 days after date of notice] that you do not want to be part of the class.** You can opt out of the class in one of three ways:

- You can complete and mail back to the class administrator the opt-out postage pre-paid form that appears at the end of this notice, or mail the administrator your own written notice stating that you wish to opt out.

- You can call the class administrator toll-free at 1-___-___-____ and use the telephone menu to opt out of the class.

- You can contact the class administrator at www.riteaidclassadministrator.com and use the online menu to opt out of the class.

### IV.   No Effect on Your Current Employment with Rite Aid

If you are currently employed by Rite Aid, your decision whether or not to remain in the class will have no bearing whatsoever upon your employment with Rite Aid. Rite Aid will not discriminate, retaliate against or treat any class member adversely based upon his or her decision whether or not to remain in the class. If you are a current Rite Aid employee and feel that you are being treated adversely based upon your decision whether or not to remain in the class, you should immediately contact your Rite Aid human resources representative. You may also contact class counsel (see below).

### V.   Additional Information

The information contained in this notice is only a summary of the litigation. For more detailed information, you may review the complete court files of this case at the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, during its regular business hours. More detailed information regarding the litigation or this notice also may be obtained from class counsel:

Scott Edward Cole, Esq.
Matthew R. Bainer, Esq.
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

**PLEASE DO NOT CONTACT THE COURT OR DEFENDANT'S COUNSEL REGARDING THIS LAWSUIT.**

Dated: September __, 2007.

_____
Thelton E. Henderson
United States District Court Judge

**OPT-OUT FROM CLASS ACTION**

IF YOU WANT TO OPT OUT OF THIS CLASS ACTION, BY NOT LATER THAN **[60 DAYS AFTER DATE OF NOTICE]**, COMPLETE THIS POSTAGE PRE-PAID FORM AND MAIL IT TO THE CLASS ADMINISTRATOR OR SEND THE ADMINISTRATOR YOUR OWN WRITTEN OPT-OUT NOTICE; OR CALL THE CLASS ADMINISTRATOR TOLL-FREE AT 1-___-___-____ AND USE THE TELEPHONE MENU TO OPT OUT; OR LOG ONTO THE CLASS ADMINISTRATOR'S WEBSITE AT www.riteaidclassadministrator.com AND USE THE ONLINE MENU TO OPT OUT.  IF YOU USE THE TELEPHONE OR WEBSITE METHODS, BE SURE TO HAVE THE LAST FOUR NUMBERS OF YOUR SOCIAL SECURITY NUMBER OR YOUR RITE AID EMPLOYEE NUMBER AVAILABLE TO IDENTIFY YOURSELF.
_____

I am or was employed by Rite Aid within the State of California as a retail Store Manager on or after May 9, 2001.  I have received notice of the class action *Prag Tierno v. Rite Aid Corporation*.  I wish to opt out of the class and not to be bound by any determinations or judgments in the litigation, whether favorable or unfavorable to the class.

Dated:  _____, 2007.

_____
(Signature)

(AS APPLICABLE, PLEASE CORRECT OR FILL IN INFORMATION BELOW)

Name:          _____

Address:       _____

               _____

Last Four Digits of Social Security Number:   _____

Rite Aid Employee Number:                     _____

                              Mail to:

                              Rite Aid Class Administrator
                              _____
                              _____
                              _____