1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   SARAH A. JAIN (Cal. State Bar No. 215147)
2  RISHI N. SHARMA (Cal. State Bar No. 239034)
   ANDREA M. LINDEMANN (Cal. State Bar No. 244937)
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
4  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
6  sarahjain@paulhastings.com
   rishisharma@paulhastings.com
7  andrealindemann@paulhastings.com

8  Attorneys for Defendant
   Rite Aid Corporation
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PRAG TIERNO, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C-05-02520-TEH<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION AND ADOPTING DEFENDANT'S PROPOSED CLASS NOTICE**<br><br>Date:      September 24, 2007<br>Time:      10:00 a.m.<br>Courtroom  Courtroom 12, 19th Floor<br>Judge:     Hon. Thelton E. Henderson |
|---|---|

On September 24, 2007, a hearing was held on plaintiff Prag Tierno's Motion to Adopt Plaintiff's Proposed Class Notice. Scott Cole of Scott Cole & Associates appeared for plaintiff and Jeffrey D. Wohl of Paul, Hastings, Janofsky & Walker LLP appeared for defendant Rite Aid Corporation.

The Court having read and considered the papers on the motion, the arguments of counsel, and the law, and good cause appearing therefore,

IT IS ORDERED:

1. The notice proposed by defendant, which appears as Exhibit A to the Wohl Declaration in opposition to plaintiff's motion, will be used as the notice to the class of the Court's order certifying the class in this action and class members' right to opt out of the class.

2. The parties will meet and confer to reach agreement on who should serve as the class-notice administrator. If they are unable to reach agreement, selection of the class-notice administrator will be submitted to the Court for decision.

3. Plaintiff will bear the reasonable fees and expenses of the class-notice administrator in mailing out the class notice; tracking returned notices and searching for current or corrected class member addresses and re-mailing the notices; and processing opt out notices, except that defendant will bear any extra fees and expenses incurred by the class-notice administrator in providing for opt outs by means of a toll-free telephone number or a website.

4. Within 14 days of the date of that a class-notice administrator is appointed by agreement of the parties or order of the Court, defendant will provide to the administrator the names, last-known addresses, and the Social Security and Rite Aid employee numbers of all class members.

5. Within 14 days of defendant's providing to the class-notice administrator of the names, last-known addresses, and Social Security and Rite Aid employee numbers of all class members, the class-notice administrator will mail out the class notice to the class members. If any mailed class notice is returned to the administrator as undeliverable, for a period of at least 30 days the administrator will seek the class member's current or corrected address and re-mail the notice to that address.

6. Class members will have 60 days after the date that the class notice is mailed to their correct address to opt out of this action by any of the methods proscribed by the class notice.

7. Within 10 days after the deadline for opt outs, the class-notice administrator will file with the Court a declaration reporting on which class members opted out of the case and for which class members notices could not be delivered.

Dated:  September __, 2007.               _____
                                                                            Thelton E. Henderson
                                                                            United States District Judge