IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendants. | NO. C-05-02520 TEH<br><br>ORDER |

The Court is in receipt of Defendant Rite Aid's Objections to the Magistrate Judge's Order Granting in Part and Denying in Part the parties' cross-motions to compel.

Any response by Plaintiff to the Objections shall not exceed 20 pages, and shall be filed by June 30, 2008. After reviewing the parties' submissions, the Court will set a hearing on the Objections if necessary.

**IT IS SO ORDERED.**

Dated: 6/18/08

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT JUDGE