SCOTT E. COLE (Cal. State Bar No. 160744)
MATTHEW R. BAINER (Cal. State Bar No. 220972 )
EILEEN M. BISSEN (Cal. State Bar No. 245821)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Suite 950
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030

Attorneys for Plaintiff
Prag Tierno

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JOHN C. POST (Cal. State Bar No. 233236)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRAG TIERNO, individually and on behalf of all others similarly-situated,

Plaintiffs,

vs.

RITE AID CORPORATION, and DOES 1 through 25, inclusive,

Defendants.

No. C05-02520 TEH

**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE 01/05/09 CASE MANAGEMENT CONFERENCE**

**STIPULATION**

Plaintiff Prag Tierno and defendant Rite Aid Corporation hereby request and stipulate that the case management conference, currently scheduled for January 5, 2009, at 1:30 p.m. (and related joint case management statement submission deadline), be continued to a date on or after February 16, 2009. The reason for the requested continuance is that the parties, with the assistance of a mediator, have been engaged in serious discussions about possible resolution of the action and, due to the upcoming holidays and their impact on defendant's retail operations, those discussions will not be able to come to fruition earlier than January 2009. Both sides agree that the modest continuance sought could result in a significant savings in court and litigant resources, and therefore they respectfully request the Court's indulgence in granting this continuance.

Dated: December ___, 2008.

SCOTT EDWARD COLE
MATTHEW R. BAINER
EILEEN M. BISSEN
SCOTT COLE & ASSOCIATES, APC

By:______________________________
Scott Edward Cole
Attorneys for Plaintiff
Prag Tierno

Dated: December 12, 2008.

JEFFREY D. WOHL
JOHN C. POST
RISHI N. SHARMA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendant
Rite Aid Corporation

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the case management conference in this matter currently scheduled for January 5, 2009, be continued to March 16, 2009, at 1:30 p.m., with the joint case management conference statement submitted at least ten days before the conference.

Dated: December 15, 2008.

Thelton E. Henderson
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Thelton E. Henderson

LEGAL_US_W # 60585126.1

STIPULATION TO CONTINUE 01/05/09 CMC
U.S.D.C., N.D. Cal., No. C-05-02520-TEH