1   SCOTT EDWARD COLE, (Cal. State Bar No. 160744)
    MATTHEW R. BAINER (Cal. State Bar No. 220972)
2   EILEEN M. BISSEN (Cal. State Bar No. 245821)
    SCOTT COLE & ASSOCIATES, APC
3   1970 Broadway, Ninth Floor
    Oakland, California  94612
4   Telephone: (510) 891-9800
    Facsimile: (510) 891-7030
5   Web:  www.scalaw.com

6   Attorneys for Representative Plaintiff
    and the Plaintiff Class
7

8   JEFFREY D. WOHL (Cal. State Bar No. 96838)
    JOHN C. POST (Cal. State Bar No. 233236)
    RISHI N. SHARMA (Cal. State Bar No. 239034)
9   REGAN HERALD (Cal. State Bar No. 251879)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
10  55 Second Street, 24th Floor
    San Francisco, California  94105-3441
11  Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
12  jeffwohl@paulhastings.com
    johnpost@paulhastings.com
13  rishisharma@paulhastings.com
    reganherald@paulhastings.com
14

15  Attorneys for Defendant
    Rite Aid Corporation

16

17                UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19

20  PRAG TIERNO, individually and on
    behalf of all others similarly-situated,

    No. C05-02520-TEH

21            Plaintiffs,

    **STIPULATION AND ~~PROPOSED~~ ORDER
    TO CHANGE BRIEFING HEARING AND**

22           vs.

    **BRIEFING DATES FOR PLAINTIFF'S
    MOTION FOR PARTIAL SUMMARY**

23    **JUDGMENT/SUMMARY ADJUDICATION
    OF ISSUES**

24  RITE AID CORPORATION, and DOES
    1 through 25, inclusive,

25         Defendants.

    **[Civ. L. R. 6-1, 6-2]**

26

27

28

1

### **STIPULATION**

2      Plaintiff Prag Tierno and defendant Rite Aid Corporation, through their respective counsel,

3   stipulate as follows:

4      1.      On January 12, 2009, plaintiff filed his Motion for Partial Summary Judgment/Summary

5   Adjudication of Issues (Docket No. 195), and noticed it for hearing on February 23, 2009, at 10:00 a.m.

6      2.      The parties are engaged in discussions about certain evidentiary issues raised by the

7   motion which, if not resolved by the parties, may lead to a request by defendant for relief from this

8   Court.

9      3.      Due to a previously-planned absence from the office, lead counsel for plaintiff will not be

10  available to pursue and conclude those discussions until on or after January 20, 2009.

11      4.      In order to facilitate those discussions and avoid the difficulty that could result absent an

12  adjustment of the briefing and hearing schedule on plaintiff's motion while those discussions are

13  pending, the parties agree and hereby request that the Court continue the hearing on plaintiff's motion to

14  March 2, 2009; and make the opposition and reply briefing on the motion due in accordance with Local

15  Rule 7-3 based on the new hearing date.

16      5.      This stipulation is entered into without prejudice to any position that may be asserted by

17  either party concerning evidentiary issues raised by plaintiff's motion and the final scheduling of the

18  briefing and hearing on plaintiff's motion, as may be decided on a future application submitted to the

19  Court.

20      Dated:  January 15, 2009.          SCOTT EDWARD COLE
                                           MATTHEW R. BAINER
21                                         EILEEN M. BISSEN
                                           SCOTT COLE & ASSOCIATES, APC
22

23                                         By:  /s/ Matthew R. Bainer
                                           _____
24                                                Matthew R. Bainer
                                           Attorneys for Representative Plaintiff
25                                                and the Plaintiff Class

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  January 15, 2009.          JEFFREY D. WOHL
                                   JOHN C. POST
                                   RISHI N. SHARMA
                                   REGAN A.W. HERALD
                                   PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                   By:   /s/ Jeffrey D. Wohl
                                   _____
                                            Jeffrey D. Wohl
                                         Attorneys for Defendant
                                          Rite Aid Corporation

1

## __ORDER__

2      On the stipulation of the parties, and good cause appearing therefor,

3      IT IS ORDERED that the hearing on plaintiff Prag Tierno's Motion for Partial Summary

4  Judgment/Summary Adjudication of Issues (Docket No. 195) is continued to _____March 2_____, 2009.

5  The opposition and reply briefing on the motion will be due in accordance with the Court's Local Rule

6  7-3 based on the new hearing date.

7      Dated: _____01/16_____, 2009.      _____

8                                            Thelton E. Henderson
                                             United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION TO CHANGE BRIEFING SCHED
                                             U.S.D.C., N.D. Cal., No. C-05-02520-TEH