1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JOHN C. POST (Cal. State Bar No. 233236)
2  RISHI N. SHARMA (Cal. State Bar No. 239034)
   REGAN HERALD (Cal. State Bar No. 251879)
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
4  San Francisco, CA  94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
6  johnpost@paulhastings.com
   rishisharma@paulhastings.com
7  reganherald@paulhastings.com

8  Attorneys for Defendant
   Rite Aid Corporation
9

10                           UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12

13  PRAG TIERNO, individually and on          No. C-05-02520-TEH
    behalf of all others similarly-situated,
14                                            **[PROPOSED] SEALING ORDER**
                     Plaintiffs,
15                                            Hearing Date:  March 2, 2009
              vs.                             Time:          10:00 a.m.
16                                            Courtroom:     12, 19th Floor
    RITE AID CORPORATION, and DOES            Judge:         Hon. Thelton Henderson
17  1 through 25, inclusive,

18                   Defendants.

19

20

21

22

23

24

25

26

27

28

1  Having considered plaintiff Prag Tierno's Administrative Motion to File under Seal Materials in
2  Connection with Plaintiff's Motion for Partial Summary Judgment/Summary Adjudication of Issues (the
3  "Motion to Seal") and the Declaration of Brad Sapp in Support of Plaintiff's Administrative Motion to
4  File under Seal Materials in Connection with Plaintiff's Motion for Partial Summary
5  Judgment/Summary Adjudication of Issues filed by defendant Rite Aid Corporation, and good cause
6  appearing therefor,

7  IT IS ORDERED that Motion to Seal be and is hereby GRANTED.  The Clerk of the Court shall
8  file under seal Exhibits D, E, F, G, H, I, J, K, L, and M of the Declaration of Scott Edward Cole, Esq., in
9  Support of Plaintiff's Motion for Partial Summary Judgment/Summary Adjudication of Issues (Docket
10 No. 196).

11 Dated:  January ___, 2009.                    _____
                                                 Thelton Henderson
12                                               United States District Judge