1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JOHN C. POST (Cal. State Bar No. 233236)
2  RISHI N. SHARMA (Cal. State Bar No. 239034)
   REGAN HERALD (Cal. State Bar No. 251879)
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
4  San Francisco, CA  94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
6  johnpost@paulhastings.com
   rishisharma@paulhastings.com
7  reganherald@paulhastings.com

8  Attorneys for Defendant
   Rite Aid Corporation
9

                   UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C-05-02520-TEH<br><br>[~~PROPOSED~~] **SEALING ORDER**<br><br>Hearing Date:  March 2, 2009<br>Time:          10:00 a.m.<br>Courtroom:     12, 19th Floor<br>Judge:         Hon. Thelton Henderson |

LEGAL_US_W # 60861250.2

[PROPOSED] SEALING ORDER
U.S.D.C., N.D. Cal., No. C-05-02520-TEH

Having considered plaintiff Prag Tierno's Administrative Motion to File under Seal Materials in Connection with Plaintiff's Motion for Partial Summary Judgment/Summary Adjudication of Issues (the "Motion to Seal") and the Declaration of Brad Sapp in Support of Plaintiff's Administrative Motion to File under Seal Materials in Connection with Plaintiff's Motion for Partial Summary Judgment/Summary Adjudication of Issues filed by defendant Rite Aid Corporation, and good cause appearing therefor,

IT IS ORDERED that Motion to Seal be and is hereby GRANTED. The Clerk of the Court shall file under seal Exhibits D, E, F, G, H, I, J, K, L, and M of the Declaration of Scott Edward Cole, Esq., in Support of Plaintiff's Motion for Partial Summary Judgment/Summary Adjudication of Issues (Docket No. 196).

Dated: January 23, 2009.



_____
Thelton Henderson
United States District Judge