1 | SCOTT EDWARD COLE, (Cal. State Bar No. 160744)
MATTHEW R. BAINER (Cal. State Bar No. 220972)
2 | ROSA I. VIGIL (Cal. State Bar No. 251872)
SCOTT COLE & ASSOCIATES, APC
3 | 1970 Broadway, Ninth Floor
Oakland, California 94612
4 | Telephone: (510) 891-9800
Facsimile: (510) 891-7030
5 | Web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JOHN C. POST (Cal. State Bar No. 233236)
RISHI N. SHARMA (Cal. State Bar No. 239034)
REGAN HERALD (Cal. State Bar No. 251879)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
johnpost@paulhastings.com
rishisharma@paulhastings.com
reganherald@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO, individually and on behalf of all others similarly-situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | No. C05-02520-TEH<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CHANGE BRIEFING HEARING AND BRIEFING DATES FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT/SUMMARY ADJUDICATION OF ISSUES**<br><br>**[Civ. L. R. 6-1, 6-2]** |

**STIPULATION**

Plaintiff Prag Tierno and defendant Rite Aid Corporation ("Rite Aid"), through their respective counsel, stipulate as follows:

1. On January 12, 2009, plaintiff filed his Motion for Partial Summary Judgment/Summary Adjudication of Issues (Docket No. 195) (the "Partial Summary Judgment Motion"), and noticed it for hearing on February 23, 2009, at 10:00 a.m.

2. After the parties engaged in preliminary discussions about certain evidentiary issues raised by the Partial Summary Judgment Motion, and due to the absence from the office of plaintiff's lead counsel while on vacation, the parties stipulated to a one-week postponement of the briefing and hearing schedule on the motion, without prejudice to Rite Aid's seeking further relief if it could not resolve the evidentiary issues with plaintiff. The Court granted the parties' stipulation, making the current hearing date for the motion March 2, 2009. (*See* Docket No. 205.)

3. The parties have had further discussions about the evidentiary issues raised by the Partial Summary Judgment Motion and now have reached the following agreement, which they ask the Court to adopt by order approving this stipulation:

   a. Rite Aid will not move to strike the 240 class member declarations and the Haber declaration filed in support of the Partial Summary Judgment Motion on the grounds that the names of the class members who gave the declarations and the declarations were not disclosed or produced to Rite Aid prior to the filing of the motion on January 12, 2009. However, Rite Aid reserves all other evidentiary objections, if any, it can raise to the class member declarations and Haber declaration.

   b. In order to facilitate discovery that the parties anticipate they will want to take in connection with the Partial Summary Judgment Motion, the hearing on the motion will be continued to Monday, July 20, 2009, at 10:00 a.m. (or such later date that is available for the Court), with Rite Aid's opposition to the motion due on Friday, May 22, 2009, and plaintiff's reply due on Tuesday, June 30, 2009.

///

1  c.  Rite Aid will not seek leave to file a sur-reply in response to plaintiff's reply, but reserves the right to raise at the hearing on the motion any objections or arguments to any matters included in plaintiff's reply.

d.  In light of this new scheduling for the Partial Summary Judgment Motion, the parties do not believe that a case management conference on March 16, 2009, as currently is scheduled, is necessary, and propose that it be vacated and reset after the hearing on the motion on July 20, 2009.

Dated: January 23, 2009.  
SCOTT EDWARD COLE  
MATTHEW R. BAINER  
ROSA I. VIGIL  
SCOTT COLE & ASSOCIATES, APC  

By:  /s/ Scott Edward Cole  
Scott Edward Cole  
Attorneys for Representative Plaintiff  
and the Plaintiff Class  

Dated: January 23, 2009.  
JEFFREY D. WOHL  
JOHN C. POST  
RISHI N. SHARMA  
REGAN A.W. HERALD  
PAUL, HASTINGS, JANOFSKY & WALKER LLP  

By:  /s/ Jeffrey D. Wohl  
Jeffrey D. Wohl  
Attorneys for Defendant  
Rite Aid Corporation

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the hearing on plaintiff Prag Tierno's Motion for Partial Summary Judgment/Summary Adjudication of Issues (Docket No. 195) is continued to Monday, July 20, 2009, at 10:00 a.m.  The opposition to the motion will be due on Friday, May 22, 2009, and the reply in support of the motion will be due on Tuesday, June 30, 2009.

IT IS FURTHER ORDERED that the case management conference currently scheduled for Monday, March 16, 2009, is vacated and will be reset following the hearing on the motion.

Dated: January 26, 2009.



Thelton E. Henderson
United States District Judge