JEFFREY D. WOHL (Cal. State Bar No. 96838)
JOHN C. POST (Cal. State Bar No. 233236)
RISHI N. SHARMA (Cal. State Bar No. 239034)
REGAN A.W. HERALD (Cal. State Bar No. 251879)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
johnpost@paulhastings.com
rishisharma@paulhastings.com
reganherald@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C-05-02520-TEH<br><br>**DECLARATION OF JEFFREY D. WOHL IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Jeffrey D. Wohl, declare:

1. I am a member of the Bar of this Court, a partner with Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), and one of the attorneys representing defendant Rite Aid Corporation ("Rite Aid") in this action. I make this declaration in support of the parties' Joint Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. This action was commenced on May 9, 2005, as a class action on behalf of current and former California-based Rite Aid Store Managers for unpaid overtime wages and other relief under the California Labor Code and the California Business and Professions code.

3. During the course of this litigation, Rite Aid propounded three set of requests for production of documents, one set of interrogatories and one set of requests for admissions; took plaintiff's deposition; interviewed and obtained declarations from more than 130 Store Managers which were produced to plaintiff; conducted an observation study of Store Manager daily activities which were produced to plaintiff; and produced extensive data and more than a million pages of documents and written responses in response to plaintiff's discovery requests.

4. If the case were not resolved, Rite would oppose plaintiff's pending motion for partial summary judgment or summary adjudication of issues and seek decertification of the class.

5. On March 27, 2009, the parties to this class action reached an agreement to settle this action after two mediations presided over by mediator Antonio C. Piazza of Gregorio, Haldeman, Piazza, Rotman, Frank & Feder, and extensive arms' length negotiations between counsel for the parties.

6. Rite Aid estimates there are more than 1,350 Store Managers covered by this settlement.

Executed on April 21, 2009, at San Francisco, California.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

.                                         ___/s/ Jeffrey D. Wohl_____
                                                  Jeffrey D. Wohl