1  [Counsel of Record on Next Page]
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

| | |
|---|---|
| 11  PRAG TIERNO, individually, and on behalf of all others similarly situated, | Case No.: C 05 02520 (TEH) |
| 12 | <u>CLASS</u> ACTION |
| 13  Plaintiffs,<br>vs. | DECLARATION OF SCOTT EDWARD COLE, ESQ. IN SUPPORT OF JOINT MOTION FOR ORDER: |
| 14  RITE AID CORPORATION, | |
| 15  Defendant. | (1) PRELIMINARILY APPROVING PROPOSED SETTLEMENT; |
| 16 | |
| 17 | (2) APPROVING NOTICE TO THE CLASS; |
| 18 | (3) APPROVING NOTICE OF PROPOSED SETTLEMENT; |
| 19 | |
| 20 | (4) APPOINTING SETTLEMENT ADMINISTRATOR; AND |
| 21 | (5) SETTING FINAL APPROVAL HEARING DATES |
| 22 | |
| 23 | Date: June 1, 2009<br>Time: 10:00 a.m. |
| 24 | Place: Courtroom 12, 19th Floor<br>Judge: Hon. Thelton E. Henderson |

25
26
27
28

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL. (510) 891-9800

SCOTT EDWARD COLE (Cal. State Bar No. 160744)
MATTHEW R. BAINER (Cal. State Bar No. 220972)
KEVIN R. ALLEN (Cal. State Bar No. 237994)
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
scole@scalaw.com
mbainer@scalaw.com
kallen@scalaw.com

Attorneys for Representative Plaintiff Prag Tierno
and the Plaintiff Class

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JOHN C. POST (Cal. State Bar No. 233236)
RISHI N. SHARMA (Cal. State Bar No. 239034)
REGAN A.W. HERALD (Cal. State Bar No. 251879)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
johnpost@paulhastings.com
rishisharma@paulhastings.com
reganherald@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

Declaration of Scott Edward Cole, Esq. in Support of Joint Motion for Order

I, SCOTT EDWARD COLE, declare:

1. I am an attorney-at-law, licensed to practice in all jurisdictions of this state, admitted to appear in this District and am the Principal of the law offices of Scott Cole & Associates, APC, ("SCA") attorneys-of-record for Representative Plaintiff Prag Tierno and the Plaintiff Class in the above-entitled proceeding. I make these statements based on personal knowledge and would so testify if called as a witness.

2. I make this Declaration in Support of the Parities' Joint Motion for Order: (1) Preliminarily Approving Proposed Settlement; (2) Approving Notice to the Class; (3) Approving Notice of Proposed Settlement; (4) Appointing Settlement Administrator; and (5) Setting Final Approval Hearing Dates.

3. A true and correct copy of the Settlement Agreement ("Settlement") is attached hereto as Exhibit "1."

4. My firm has conducted extensive formal discovery since the inception of this litigation. SCA's attorneys propounded a set of requests for admission, three sets of special interrogatories, and 94 distinct requests for production of documents. Additionally, my firm conducted site inspections at Rite Aid stores where several class members worked. After exhaustive meet and confer efforts and protracted discovery related motion work, Rite Aid ultimately produced and/or made available over one million pages of documentary evidence and provided meaningful written discovery responses.

5. My firm has actively reached out to the class members since the inception of this litigation. In addition to conducting hundreds of informal interviews, my firm gathered hundreds of class member declarations.

6. The parties agreed to the terms of the Settlement only after extensive, arm's-length negotiations. The parties attended two separate mediation sessions with Antonio C. Piazza of Gregorio, Haldeman, Piazza, Rotman, Frank & Feder on February 16, 2007 and May 16, 2007. Prior to each session, Plaintiff submitted a mediation brief consisting of evidence, including a damages analysis pertinent to all the class members, and legal authorities.

7. Following these initially unsuccessful mediation sessions, I directly engaged Defendant's attorney Jeffery D. Wohl in extensive, frank and protracted good-faith negotiations while the litigation proceeded.

8. After a multitude of discovery disputes, many of which required judicial intervention, and additional document production, Plaintiff filed his Motion for Summary Adjudication on January 12, 2009. All the while and since that time, Mr. Wohl and I remained engaged in the direct negotiations that ultimately led to the Settlement now before this Court.

I declare, under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, is based completely on personal knowledge and if called as a witness I could and would competently testify thereto.

Executed on this 14th day of April 2009, at Oakland, California.

/s/Scott Edward Cole
Scott Edward Cole, Esq.