# EXHIBIT C

[CLASS MEMBER SETTLEMENT INFORMATION SHEET]

**EXHIBIT C**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO, individually and on behalf of all others similarly-situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>    Defendants. | No. C-05-02520-TEH<br><br>**CLASS MEMBER SETTLEMENT INFORMATION SHEET** |

**RETURN THIS FORM *ONLY IF* THE INFORMATION SHOWN IS NOT CORRECT**

**IF YOU WANT TO RECEIVE A SHARE OF THE SETTLEMENT OF THE *TIERNO V. RITE AID CORP.* CLASS ACTION, REVIEW THE INFORMATION BELOW TO CONFIRM THAT YOUR CONTACT AND PERSONNEL INFORMATION IS CORRECT.**

**IF THE INFORMATION BELOW IS CORRECT, *DO NOT* RETURN THIS SHEET.**

**IF THE INFORMATION BELOW IS NOT CORRECT, PROVIDE CORRECTED INFORMATION AND THEN DATE AND SIGN THIS FORM UNDER PENALTY OF PERJURY (AT THE BOTTOM OF THE PAGE), AND MAIL IT WITH ANY SUPPORTING DOCUMENTATION, POSTMARKED NOT LATER THAN _____ \_\_, 2009, TO:**

Rite Aid Wage-and-Hour Settlement Administrator
Gilardi & Co., LLC
_____
_____
Telephone: (\_\_\_) \_\_\_-\_\_\_\_
Facsimile: (\_\_\_) \_\_\_-\_\_\_\_

**PERSONNEL INFORMATION FOR
CLASS MEMBER RECEIVING THIS FORM**

**Name:** _____

**Mailing Address:** _____
_____

**Last four digits of Social Security Number:** _____

**Rite Aid employee identification number:** _____

**Number of Work Weeks (excluding periods of leaves of absence) worked in California as a Rite Aid Store Manager between 05/09/2001 and \_\_/\_\_/2009:**

**IF ANY OF THE INFORMATION SHOWN ABOVE *IS NOT* CORRECT, INDICATE SO BELOW.  IF YOU ARE DISPUTING YOUR NUMBER OF WORK WEEKS, STATE THE CORRECT NUMBER OF WORK WEEKS AND ATTACH ANY DOCUMENTATION THAT SUPPORTS YOUR BELIEF.**

| Corrected Information (*if applicable*) | |
|---|---|
| Corrected Name | _____ |
| Corrected Mailing Address (include telephone number, starting with area code) | _____ <br> _____ <br> _____ |

| **Corrected Information** (*if applicable*) | |
|---|---|
| Corrected last four digits of Social Security number (you are **not** required to provide your entire Social Security number) | _____ |
| Corrected Rite Aid employee identification number | _____ |
| Corrected number of Work Weeks (*DO NOT* include any work weeks *before* 05/09/01 or *after* --/--/09) | _____ |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed on _____ \_\_\_, 2009.

_____
(Signature)

**NOTE: YOU ARE REQUIRED TO INFORM THE SETTLEMENT ADMINISTRATOR OF ANY CHANGE TO YOUR MAILING ADDRESS PRIOR TO YOUR RECEIPT OF YOUR SETTLEMENT SHARE.**

**FAILURE TO UPDATE YOUR MAILING ADDRESS MAY PREVENT YOU FROM RECEIVING YOUR SETTLEMENT SHARE.**