**EXHIBIT D**

[FOR NEW CLASS MEMBERS: ELECTION NOT TO PARTICIPATE IN CLASS SETTLEMENT]

**EXHIBIT D—FOR NEW CLASS MEMBERS ONLY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO, individually and on behalf of all others similarly-situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>       Defendants. | No. C-05-02520<br><br>**ELECTION NOT TO PARTICIPATE IN CLASS SETTLEMENT** |

**IF YOU WANT TO BE INCLUDED IN THIS CLASS SETTLEMENT, DO NOT FILL OUT THIS FORM.**

**IF YOU DO NOT WANT TO BE INCLUDED IN THE CLASS SETTLEMENT, YOU MUST SIGN THIS DOCUMENT, HAVE YOUR SIGNATURE NOTARIZED (SEE NEXT PAGE), AND MAIL IT TO THE ADDRESS BELOW, POSTMARKED NOT LATER THAN _____, 2009.**

**THE COMPLETED DOCUMENT MUST BE SENT TO:**

Rite Aid Wage-and-Hour Settlement Administrator
Gilardi & Co., LLC
_____
_____
Telephone: (\_\_\_) \_\_\_-\_\_\_\_
Facsimile: (\_\_\_) \_\_\_-\_\_\_\_

I declare as follows:

I have received notice of the proposed class settlement in this action and wish to be excluded from the class and *not* to participate in the proposed settlement. I understand this means that I will not be a class member, will not be bound by the settlement, and will not share in the settlement proceeds.

Dated: _____, 2009.    _____
(Signature)

_____
(Typed or Printed Name)

_____
(Address)

_____
(City, State, Zip Code)

_____
(Telephone Number, Including Area Code)

_____
(Last four digits of Social Security Number **or** Rite Aid employee identification number)

# NOTARIZATION

STATE OF CALIFORNIA          )
                             )
COUNTY OF _____   )

On this ___ day of _____, 2009, before me _____, a Notary Public, State of California, duly commissioned and sworn, personally appeared _____, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the United States and the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.


                                                        (Seal)


_____
[Notary Public]

My commission expires: _____