**EXHIBIT E**

[CAFA NOTICE]

**EXHIBIT E**

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JOHN C. POST (Cal. State Bar No. 233236)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C-05-02520-TEH<br><br>**NOTICE OF PROPOSED SETTLEMENT**<br><br>28 U.S.C. § 1715 |

PLEASE TAKE NOTICE that the parties to the above-referenced class action have settled the claims at issue in the litigation. Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, defendant Rite Aid Corporation ("Rite Aid"), provides this notice to the Attorney General of the United States of America and the appropriate state official in each state in which a class member resides. Rite Aid encloses the following documents in accordance with its notice obligations under 28 U.S.C. section 1715(b):

1. Plaintiff's complaint in the above-titled action.

2. Notice of scheduled judicial hearings in the above-titled action.

3. The parties' Settlement Agreement.

4. The parties' proposed Notice of Proposed Settlement, Preliminary Court Approval of Settlement, and Hearing Date for Final Court Approval (for Existing Class Members).

5. The parties' proposed Notice of Class Action and Proposed Settlement, Preliminary Court Approval of Settlement, and Hearing Date for Final Court Approval (for New Class Members).

6. The parties' proposed Election Not to Participate in Settlement form.

7. The names of Class Members who reside in each state and the estimated proportionate share of the claims of Class Members in each state to the entire settlement.

PLEASE TAKE FURTHER NOTICE that pursuant to CAFA you are not required to comment on the settlement. However, if you wish to comment, please file your comments by _____ __, 2009, at the following address:

Clerk of Court
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

Alternatively, the United States District Court for the Northern District of California (the "District Court") uses the federal electronic case filing ("ECF") system.  More information about the District Court's ECF system can be found at http://ecf.cand.uscourts.gov.  If you choose to comment on the settlement, please also provide notice to the parties' counsel as follows:

| **CLASS COUNSEL** | **RITE AID'S COUNSEL** |
|---|---|
| Scott Edward Cole<br>Matthew R. Bainer<br>Kevin R. Allen<br>Scott Cole & Associates, APC<br>1970 Broadway, Ninth Floor<br>Oakland, California  94612<br>Telephone: (510) 891-9800<br>Facsimile: (510) 891-7030<br>Email: scole@scalaw.com<br>       mbainer@scalaw.com<br>       kallen@scalaw.com | Jeffrey D. Wohl<br>John C. Post<br>Rishi N. Sharma<br>Paul, Hastings, Janofsky & Walker LLP<br>55 Second Street, 24th Floor<br>San Francisco, California  94105-3441<br>Telephone:  (415) 856-7000<br>Facsimile:   (415) 856-7100<br>E-mail:  jeffwohl@paulhastings.com<br>       johnpost@riteaid.com<br>       rishisharma@paulhastings.com |

If you have questions about this notice, the underlying action, or the enclosed materials, please contact counsel for Rite Aid as provided above.

///

///

LEGAL_US_W # 61398325.2

2

CAFA NOTICE OF PROPOSED SETTLEMENT
U.S.D.C., N.D. Cal., No. C-05-02520-TEH

1  Dated: April ___, 2009.        JEFFREY D. WOHL
                                  JOHN C. POST
2                                 RISHI N. SHARMA
                                  PAUL, HASTINGS, JANOFSKY & WALKER LLP
3

4                                 By: _____
                                          Jeffrey D. Wohl
5                                    Attorneys for Defendant Rite Aid Corporation