JEFFREY D. WOHL (Cal. State Bar No. 96838)
JOHN C. POST (Cal. State Bar No. 233236)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAG TIERNO, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C-05-02520-TEH<br><br>**DECLARATION OF COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT OF 2005** |

I, Jeffrey D. Wohl, declare:

1.  I am admitted to the Bar of this Court, a partner at Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), and one of the attorneys representing defendant Rite Aid Corporation ("Rite Aid") in this action. I make this declaration to show Rite Aid's compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"). I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2.  On April 22, 2009, the parties filed their joint motion for preliminary approval of the class action settlement reached between plaintiff Prag Tierno and Rite Aid.

3.  On May 4 and 6, 2009, within ten business days after the parties' joint motion for preliminary approval was filed, Paul Hastings's staff acting under my direction served on the appropriate federal and state officials notice of the proposed settlement in this action pursuant to 28 U.S.C. section 1715 (the "CAFA Notice").

4.  The CAFA Notice consists of a cover letter addressed to the appropriate federal or state official; a Notice of Proposed Settlement; and seven additional documents, thus fulfilling the requirements of 28 U.S.C. section 1715(b).

5.  Attached to this declaration as Exhibit A is a true and correct copy of the Notice of Proposed Settlement (pursuant to CAFA, 28 U.S.C. § 1715(b)).

6.  The seven documents provided with the Notice of Proposed Settlement include:

    a.  Plaintiff's complaint, including all documents that were attached to the same (pursuant to CAFA, 28 U.S.C. § 1715(b)(1)) (item one). (These documents are on file with the Court as part of Docket No. 1.)

    b.  A Notice of Scheduled Judicial Hearing (pursuant to CAFA, 28 U.S.C. § 1715(b)(2)) (item two). (A true and correct copy of this document is attached as Exhibit B.)

    c.  The parties' Settlement Agreement (pursuant to CAFA, 28 U.S.C. § 1715(b)(4) (item three). (This document is on file with the Court as part of Docket No. 217.)

    d.  The parties' proposed Notice of Proposed Settlement, Preliminary Court Approval of Settlement, and Hearing Date for Final Court Approval (for Existing Class Members) and the parties' proposed Notice of Class Action and Proposed Settlement, Preliminary Court Approval of Settlement, and Hearing Date for Final Court Approval (for New Class Members) (pursuant to CAFA, 28 U.S.C. § 1715(b)(3)(B)) (items four and five). (This document is on file with the Court as part of Docket No. 217.)

    e.  The parties' proposed Election Not to Participate in Settlement form (pursuant to CAFA, 28 U.S.C. § 1715(b)(3)(A)) (item six). (This document is on file with the Court as part of Docket No. 217.)

    f.  The names of Class Members who reside in each state and each Class Member's estimated proportionate share of the entire settlement; and the number of class members residing in each state and the estimated proportionate share of class members for each state of the entire settlement (pursuant to CAFA, 28 U.S.C. § 1715(b)(7)) (item seven).

  7.  The addressed cover letter lists the contents of the CAFA Notice, explains its format, and is addressed to the appropriate federal or state official. Pursuant to CAFA, 28 U.S.C. section 1715(a), which defines the appropriate federal and state officials to whom service must be made, the cover letter was addressed to and the CAFA Notice was served on the Attorney General of the United States and the Attorneys General of the 50 States of the Union and the District of Columbia where a class member resides. Attached to this declaration as Exhibit C as an exemplar is a true and correct copy of the cover letter addressed and mailed to the Attorney General of the State of California.

  8.  Attached to this declaration as Exhibit D is the original Declaration of Service of CAFA Notice, including the names and addresses of the federal and state officials served with the CAFA Notice.

  9.  The addressed cover letter and Notice of Proposed Settlement was provided to each Attorney General in paper; the remaining items were provided in portable document format (PDF) on CD.

10. Apart from the parties' Settlement Agreement (item three), class counsel and Rite Aid's counsel have not entered into any other agreement or settlement; final judgment or notice of dismissal have not been entered in this action; and no written judicial opinion relating to the material described in CAFA, 28 U.S.C. § 1715(b)(3) to (6) has been issued. Accordingly, 28 U.S.C. section 1715(b)(5), (6), and (8) of CAFA do not apply to this action and the CAFA Notice does not include any document under these sections.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 6, 2009, at New York, New York.

    /s/ Jeffrey D. Wohl
    Jeffrey D. Wohl